UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CLINE COCKBURN | * | CIVIL ACTION NO. |
| | * | |
| VERSUS | * | SECTION |
| | * | |
| APEX OIL COMPANY, INC, M/V SAN ROBERTO and BUFFALO MARINE SERVICE, INC. | * | |
| | * | JUDGE |
| | * | |
| | * | MAGISTRATE |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **COMPLAINT FOR DAMAGES**

The Complaint for Damages of **CLINE COCKBURN**, a person of majority age and resident of and domiciled in the State of Louisiana, respectfully represents the following:

1.

Named defendants herein are:

a) **APEX OIL COMPANY, INC.**, a foreign corporation authorized to do and doing business in the State of Louisiana, and within the jurisdiction of this Honorable Court;

b) **M/V SAN ROBERTO**, *in rem*, on information a belief a US flagged vessel owned and/or operated at all times pertinent hereto by defendant, **BUFFALO MARINE SERVICE, INC.**; and

c) **BUFFALO MARINE SERVICE, INC.**, a foreign corporation authorized to do and doing business in the State of Louisiana, and within the jurisdiction of this Honorable Court.

2.

This Honorable Court has jurisdiction based upon the diverse citizenship of the parties with the amount in controversy exceeding $75,000.00, exclusive of costs and interest. (28 U.S.C.A § 1332). In the alternative, this Court has jurisdiction over this matter in admiralty. (28 U.S.C.A § 1333).

3.

Venue is proper in this district pursuant to 28 U.S.C. § 1391 (b) because the events and circumstances giving rise to the claim(s) stated herein occurred within this district and within the jurisdiction of this Court.

4.

Plaintiff was at all times mentioned herein an employee of AmSpec Services, LLC, and worked as a petrochemical inspector and brings this action pursuant to 33 U.S.C. § 905(b) of the Longshore and Harbor Workers' Compensation Act and pursuant to the General Maritime Law of the United States and/or under the laws and statutes of the State of Louisiana.

## FACTS

5.

On July 5, 2021, plaintiff was employed by AmSpec Services, LLC as a petrochemical inspector and working on board the **M/V SAN ROBERTO**, a vessel that was owned and operated by **BUFFALO MARINE SERVICE, INC.**

6.

At all material times herein, the **M/V SAN ROBERTO** was engaged in commerce on the navigable waters of the United States of America and moored at a dock facility owned by **APEX OIL COMPANY, INC.** located in Mount Airy, Louisiana.

7.

On July 5, 2021, while acting within the course and scope of his employment with AmSpec Services, LLC, plaintiff sustained severe and disabling injuries to his body while disembarking the **M/V SAN ROBERTO** when the gangway plaintiff was traversing leading from barge to dock gave way.

## COUNT 1

## NEGLIGENCE OF APEX OIL COMPANY, INC.

8.

**APEX OIL COMPANY, INC.**, as a dock owner, owes invitees using its dock facility, including plaintiff, a duty to provide a dock that is reasonably safe which includes a duty to provide a safe and feasible means of ingress and egress of vessels.

9.

**APEX OIL COMPANY, INC.** was negligent in the incident sued upon herein and acted in violation of multiple established industry standards, company policies, Federal Safety Regulations and standards of ordinary care, its non-exclusive acts and/or omissions, include but are not limited to the following:

a) Using a defective gangway;

b) Using defective gangway lines;

c) Failing to train its employees in proper use of its gangway;

d) Failing to warn of a hidden defect in the gangway which was known to **APEX OIL COMPANY, INC.** employees but not observable to others by routine and ordinary observation;

e) Failing to secure its gangway leading from its dock to the barge;

f) Removing its gangway in an untimely manner.

Each act or omission, acting separately or in combination, was a proximate cause of the incident in question and the resulting injuries to Plaintiff.

## COUNT 2

## NEGLIGENCE OF M/V SAN ROBERTO AND BUFFALO MARINE SERVICE INC.

10.

The **M/V SAN ROBERTO** and **BUFFALO MARINE SERVICE, INC.** were negligent in the incident sued upon herein and acted in violation of multiple established industry standards, company policies, Federal Safety Regulations and standards of ordinary care, their non-exclusive acts and/or omissions, include but are not limited to the following:

a) Failing to provide a reasonably safe means of boarding and departing from its vessel;

b) Failing to recognize the dangerous circumstances surrounding the task being performed at the time of the incident;

c) Failing to properly train the crew members assigned to the **M/V SAN ROBERTO**;

d) Failing to warn plaintiff of the dangerous and unsafe conditions on board the **M/V SAN ROBERTO**;

e) Failing to provide properly functioning equipment to the crew members assigned to the **M/V SAN ROBERTO**;

f) Failing to provide plaintiff with a safe place to work;

g) Breaching of the turnover duty owed to Plaintiff;

h) Breaching of the active control duty owed to Plaintiff; and

i) Failure to intervene as required by law;

Each act or omission, acting separately or in combination, was a proximate cause of the incident in question and the resulting injuries to Plaintiff.

## DAMAGES

11.

Defendants are liable to plaintiff to the full extent permitted by law for all damages that are reasonable in the premises, and/or are each liable to the full extent of each such Defendants' own negligence and/or fault, together with legal interest from the date of judicial demand until paid in addition to all costs associated with these proceedings.

12.

That as a direct and proximate result of the negligence and/or fault of Defendants, your Plaintiff seeks damages for the following:

a) Past, present and future medical expenses;

b) Past, present and future physical pain and suffering and loss of function;

c) Past, present and future mental anguish and emotional distress;

d) Lost wages and diminished earning capacity;

e) Loss of enjoyment of life; and

f) Special care and services.

13.

Plaintiff prays for all reasonable damages as a result of the negligent conduct of defendants.

## DEMAND and PRAYER

14.

Plaintiff hereby demands a trial by jury.

**WHEREFORE**, Plaintiff prays for judgment in his favor, and against defendants, **APEX OIL COMPANY, INC., M/V SAN ROBERTO** and **BUFFALO MARINE SERVICE, INC.**, in a full and true sum and in amounts reasonable in the premises to be proven at the trial of this matter, plus the costs of these proceedings, and legal interest from the date of this incident and all other equitable and just relief.

Respectfully Submitted,

/s/*Thomas W. Shlosman*
Thomas W. Shlosman (LA Bar No. 34086)
Shlosman Law Firm
4907 Magazine Street
New Orleans, LA 70115
(504) 826-9427 Phone
(504) 324-0431 Fax
tom@shlosmanlaw.com

*And*

/s/*Caitlin B. Carringan*
David P. Vicknair, #34135
Caitlin B. Carrigan, #33754
Scott Vicknair, LLC
909 Poydras Street, Suite 2025
New Orleans, Louisiana 70112
Telephone: (504) 500-1111
Facsimile: (504) 226-2339
david@svlaw.law
caitlin@svlaw.law