UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CLINE COCKBURN | CIVIL ACTION |
| VERSUS | NO. 22-2058 |
| APEX OIL COMPANY, INC., *et al.* | SECTION M (4) |

## ORDER & REASONS

Before the Court is a motion for summary judgment filed by defendant Apex Oil Company, Inc. ("Apex"), arguing that there is no evidence that Apex breached any duty owed to plaintiff Cline Cockburn or that any negligence on its part caused Cockburn's injuries.[1]  Cockburn and defendant Buffalo Marine Service, Inc. ("Buffalo Marine") respond in opposition, pointing to disputed issues of material fact that they say bear upon Apex's duty and negligence and render summary judgment inappropriate.[2]  Apex replies in further support of its motion, reurging that neither Cockburn nor Buffalo Marine offers summary-judgment evidence that Apex had actual or constructive knowledge of a defect in the gangway as would impose liability on Apex.[3]

Having considered the parties' memoranda, the record, and the applicable law, the Court finds that Cockburn and Buffalo Marine have identified genuine disputes of material fact, citing and supplying sufficient supporting evidence, to preclude summary judgment.  Accordingly,

IT IS ORDERED that Apex's motion for summary judgment (R. Doc. 85) is DENIED because there are disputed issues of material fact regarding Apex's alleged duty and negligence.

---

[1] R. Doc. 85.
[2] R. Doc. 101; 102.
[3] R. Doc. 107.

New Orleans, Louisiana, this 3rd day of October, 2024.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE