ELIZABETH B. MARTINA
& ASSOCIATES
3013 19th Street, Metairie, LA 70002
Ph. (504) 962-7656
Fax (504) 603-2049
www.martinarehab.com

July 22, 2024

Mr. Tom Shlosman
Shlosman Law Office
4907 Magazine Street
New Orleans, LA 70115

Re: Cockburn, Cline
D.O.B. 4/06/1968

Dear Mr. Shlosman:

Mr. Cockburn was seen for a vocational/Life Care Plan evaluation on 3/12/24 at our office in Metairie, Louisiana. Mr. Cockburn's fiancée, Devin, was present and participated in the evaluation. Prior to the beginning of our meeting, it was explained to Mr. Cockburn that the meeting was for assessment only, that we did not have a client/counselor relationship and that a report would be issued. Mr. Cockburn signed a professional disclosure form and HIPAA release prior to beginning the evaluation. Telephone conferences were held with Alexis Waguespack, M.D. on 6/20/24 and 7/11/24 and William Johnson, M.D. on 7/08/24 regarding their recommendations for Mr. Cockburn's restrictions and future care medically more probable than not needed as a result of the 7/05/21 accident. The following records were also reviewed:

- U.S. Individual Income Tax Returns and IRS Wage and Income Transcripts for 2014 – 2023;
- Social Security Administration Statement dated 01/29/24;
- Therapy records from Brignac Physical Therapy dated 3/17/21 to 7/19/23;
- Medical records from William Johnson, M.D. with Ortho LA dated 7/06/21 to 4/22/24;
- Hospital records from St. James Parish Hospital dated 7/07/21 to 7/05/22;
- Medical records from Cathy Hammond-Moulton, M.D. with Concentra Medical Center dated 7/07/21 to 7/30/21;
- Medical records from Jerry Poche, M.D. with Poche Medical Clinic dated 7/12/21 to 10/25/23;
- Imaging records from River Bend Imaging dated 8/13/21;
- Medical records from William Johnson, M.D. with South Lake Surgical Center dated 8/26/21;
- Medical records from Alexis Waguespack, M.D. with Spinecare Medical Group dated 4/04/22 to 01/22/24;
- Imaging records from Diagnostic Imaging Services dated 4/12/22;

but no pain after the stiffness resolved. Dr. Johnson's reported clinical impression included post-op left knee arthroscopy and post-op left knee arthroplasty, left. Dr. Johnson recommended use of over-the-counter pain medication and return to work. Dr. Johnson recommended follow up as needed.

On 6/20/24 and 7/11/24 telephone conferences were held with Dr. Waguespack regarding her recommendations for Mr. Cockburn's restrictions and future care medically more probable than not needed as a result of the 7/05/21 accident. Dr. Waguespack provided the following recommendations which she confirmed on 7/12/24:

- As a result of the 7/05/21 accident, Mr. Cockburn needs to follow up with a Spine Surgeon every 3 months with cervical x-rays at each visit until he undergoes posterior cervical fusion at C3-C6 within the next 2 years.
- As a result of the 7/05/21 accident, Mr. Cockburn needs the following medications, or a similar combination of medications, until he undergoes posterior cervical fusion at C3-C6 within the next 2 years:
    - Norco 7.5 mg, 3 times daily; and
    - Gabapentin 600 mg, 3 times daily.
- As a result of the 7/05/21 accident, Mr. Cockburn needs posterior cervical fusion at C3-C6 within the next 2 years with the following pre- and post-operative treatment:
    - Pre-operative cervical MRI;
    - Post-operative follow up with a Spine Surgeon monthly for 6 months and then annually for the remainder of his lifetime with cervical x-rays at each visit;
    - Post-operative medications including Tramadol 50 mg 4 times daily for 3 to 6 months, Valium 5 mg daily for 3 to 6 months, and Movantik 25 mg daily for 3 to 6 months; and
    - Post-operative physical therapy 3 times per week for 4 weeks.
- As a result of the 7/05/21 accident, given Mr. Cockburn's age, he will more probable than not need an adjacent level cervical fusion at C6-C7 over his lifetime with the following pre- and post-operative treatment:
    - Pre-operative cervical MRI;
    - Post-operative follow up with a Spine Surgeon monthly for 6 months and then annually for the remainder of his lifetime with cervical x-rays at each visit;
    - Post-operative medications including Tramadol 50 mg 4 times daily for 3 to 6 months, Valium 5 mg daily for 3 to 6 months, and Movantik 25 mg daily for 3 to 6 months; and
    - Post-operative physical therapy 3 times per week for 4 weeks.
- As a result of the 7/05/21 accident, Dr. Waguespack reported that Mr. Cockburn needs further work up of the lumbar spine after his cervical spine is addressed. Dr. Waguespack indicated that Mr. Cockburn may need imaging, physical therapy, interventional procedures, and/or surgery but that determination cannot not be made at this time.

Regarding physical restrictions as a result of the 7/05/21 accident, Dr. Waguespack reported that Mr. Cockburn is currently at a no work status and will remain at a no work status until he reaches 1 year post posterior fusion a C3-C6, at which time he will be permanently restricted to no lifting

**MEDICATIONS CONTINUED**

| Medication | Frequency | Begin/End Date | Purpose | Cost Per Unit | Total Costs |
|---|---|---|---|---|---|
| *Tramadol (Generic for Ultram) – Post Adjacent Level Cervical Fusion | 50 mg, 4 times daily for 3 to 6 months post adjacent level cervical fusion (#360 to #720) | 2026/2027 to Lifetime | Post-operative pain relief | $0.78 to $0.95 each[26] | **TOTAL ONE TIME COST: $280.80 to $684.00** |
| *Valium (Generic: Diazepam) – Post Adjacent Level Cervical Fusion | 5 mg, daily for 3 to 6 months post adjacent level cervical fusion (#90 to #180) | 2026/2027 to Lifetime | Post-operative muscle relaxant | $0.45 to $0.64 each[27] | **TOTAL ONE TIME COST: $40.50 to $115.20** |
| *Movantik (No Generic) – Post Adjacent Level Cervical Fusion | 25 mg, daily for 3 to 6 months post adjacent level cervical fusion (#90 to #180) | 2026/2027 to Lifetime | Treat post-operative constipation | $15.96 to $16.45 each[28] | **TOTAL ONE TIME COST: $1,436.40 to $2,961.00** |

*Recommended by Dr. Waguespack in her 6/20/24 and 7/11/24 telephone conferences with Elizabeth B. Martina & Associates and confirmed on 7/12/24.

NOTE: Generic medications utilized when available.

**FUTURE INTERVENTIONAL/SURGICAL TREATMENT**

| Description | Frequency | Begin/End Date | Base Cost | Total Costs |
|---|---|---|---|---|
| *Posterior Cervical Fusion at C3-C6 | 1 time only | 2024 to Lifetime | $123,066.00 to $126,145.00 per procedure[29] | **TOTAL ONE TIME COST: $123,066.00 to $126,145.00** |
| *Adjacent Level Cervical Fusion at C6-C7 | 1 time only | 2025 to Lifetime | $69,852.00 to $101,007.25 per procedure[30] | **TOTAL ONE TIME COST: $69,852.00 to $101,007.25** |
| **Left Partial Knee Replacement | 1 time only | 2034 to Lifetime | $40,469.00 to $43,508.00 per partial knee replacement[31] | **TOTAL ONE TIME COST: $40,469.00 to $43,508.00** |

*Recommended by Dr. Waguespack in her 6/20/24 and 7/11/24 telephone conferences with Elizabeth B. Martina & Associates and confirmed on 7/12/24.
**Recommended by Dr. Johnson in his 7/08/24 telephone conference with Elizabeth B. Martina & Associates and confirmed on 7/22/24.