UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

CLINE COCKBURN, CIVIL ACTION NO. 22-cv-02058

PLAINTIFF, SECTION M (4)

VERSUS

JUDGE BARRY W. ASHE

APEX OIL COMPANY, INC, M/V SAN ROBERTO and BUFFALO MARINE SERVICE, INC.,

MAGISTRATE KAREN WELLS ROBY

DEFENDANTS.

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

Deposition of ALEXIS M. WAGUESPACK, MD, FAAOS, taken at SpineCare Medical Group, 3939 Houma Boulevard, Suite 18, Metairie, Louisiana 70006, on Monday, July 15th, 2024, at 4:05 p.m.

By: Ashlee B. Ancalade
Registered Professional Reporter



Exhibit 2.001

Before June 4th, 2024, what was the last time you saw him?
A March.
Q March, okay.
A March 13th.
Q Let me see. I believe that coincides with our last -- well, we have March 4th, 2024, as our last date. So you did see him on March --
A No. Wait. Hold on.
Q Okay.
A It says order for -- no, you're right, March 4th.
Q Okay.
A We just put in an order for a gastroenterologist evaluation for dysphasia on March 13th.
Q Okay. And that was based on what symptoms?
A They called us saying he was having trouble swallowing, so we referred him to a gastroenterologist to evaluate his esophagus.
Q Okay. All right. Thank you.
I want to turn now to your educational background. Can you tell me where you went to medical school?
A LSU School of Medicine.

Q Okay. And where did you do your internship?
A LSU.
Q Okay. And what area were you --
A Internship? General surgery.
Q Okay. And where was your residency?
A LSU.
Q Okay. In what area?
A Orthopedics.
Q Okay. Any training after that, any specialty training?
A (Nods head.)
Q In what?
A Fellowship in spine.
Q Okay. And what did that training consist of?
A That was at San Francisco Spine Institute in California.
Q Was there a specialization you focused on?
A Spine surgery.
Q Okay.
A Orthopedic spine surgery.
Q How long was that program?
A Thirteen months.
Q And any other specialty training or additional training besides the San Francisco Spine Institute?



Exhibit 2.003

Q Okay.
A -- you know, with a three-level fusion, the size of his head, and just the magnitude of the surgery, those -- those are permanent restrictions. I don't see any point in trying to get better than that, you know.
Q Okay. If -- if his employment would be able to comply with those restrictions, do you believe he'd be able to return to work?
A I think he will be able to comply with the restrictions.
Q Okay. And did you observe anything inconsistent among his objective tests, such as the X-rays, the MRIs, and his complaints? I mean, do they line up -- his complaints line up with the objective tests you performed?
A Yes.
Q Okay. And you saw no suggestion that he was malingering or exaggerating --
A No.
Q -- did you?
Okay.
A Un-un.
Q And do you believe at this point that he's going to require future medical treatment?



Exhibit 2.004

A Yeah. Today we're getting a CAT scan.
Q Okay.
A Because he looks like he has some subsidence at the 5-6 level.
So which I had talked to him before the -- about that, that, you know, three-level fusion, incidence of pseudarthrosis or subsidence or delayed union, and if he goes on to that, then it will be a posterior cervical fusion. If -- if he needs a posterior cervical fusion, that usually takes care of the problem. It's usually very effective. We can go ahead and see if we get away with a three-level cervical fusion without needing to do a posterior.
So now he's having -- he still has a lot of neck pain radiating to shoulder, difficulty with left lateral rotation, and it looks like he has subsidence at the C5-6 level, and it looks like there's motion at that level on flexion/extension, which kind of correlates with what he's saying.
So we're going to get a CAT scan. I talked to him about the surgery. It's not as bad as the anterior surgery. It's not as risky in terms of airway, because that's a huge concern.
Q Uh-huh.
But you -- so you've talked with him. You

gangway fell with him still on it, he had immediate neck, back, and knee pain.

A Yeah.

Q And that's consistent with what he told you; correct?

A Correct.

Q Okay. And that is actually a visit that came immediately following --

A Concentra.

Q -- the -- the incident?

A Uh-huh. Right.

Q Okay. So, in your opinion, Dr. Waguespack, more likely than not, are the cervical herniations in his steck that -- neck that you had to operate on caused by the July 5th, 2021, incident?

A Yes.

MS. SCALISE:

Object to the form.

BY MS. RICE:

Q Okay. And in your opinion, more likely than not, the surgery that you performed was necessitated by the July 5th, 2021, incident?

MS. SCALISE:

Object to the form.

A Correct.



Exhibit 2.006