UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CLINE COCKBURN | * | CIVIL ACTION NO. |
| | * | 2:22-CV-02058 |
| versus | * | |
| | * | SECTION "M" |
| APEX OIL COMPANY, INC., | * | |
| M/V SAN ROBERTO and BUFFALO | * | MAG. (4) |
| MARINE SERVICE, INC. | * | |

* * * * * * * * * * *

Deposition of ALEXIS M. WAGUESPACK, M.D., taken in the offices of Spinecare Medical Group, 3939 Houma Boulevard, Suite 18, Metairie, Louisiana 70006, on Monday, the 9th day of June, 2025, commencing at 4:10 p.m.

A. I don't know.

Q. And where --

A. I mean, you can go in -- if you go in and see, you'll see that I'm certified. I don't know if it shows any of that stuff.

Q. Have you ever been under investigation by the Louisiana State Board of Medical Examiners?

A. When a patient complains, it's considered, like, an investigation.

Q. Okay.

A. So I had a patient complain, so I had to go through that. But that was all resolved.

Q. Do you recall what year that was?

A. No. I'm sure you could probably get that from the State Board.

Q. Okay. Within the last five years or longer?

A. Probably within the last five years.

Q. And have you ever had malpractice suits brought against you?

A. Malpractice suits brought against -- well, I think that I have had some, because when they go to a malpractice, it goes to the board.

And whenever a patient does a malpractice, I'm told it's a suit.

Q. Right.

A. Even though it's not really a suit.

Q. Are you talking about the Medical Review Panel or --

A. Yeah.

Q. Okay. Yes. So I understand it goes through a panel first, and then sometimes the claimants, or the people who are making the claim, actually file suit.

A. Right.

Q. Is that your understanding? Okay.

A. But I'm told that once it goes to the board -- panel, whenever they request a panel, it's considered a suit.

Q. Okay. Okay.

A. So then, yeah, I've had a lot of those panels. And they've all been dismissed and nothing has ever gone to a suit after the panel.

Q. And this is through your extent of practice, right, that you can recall, nothing has gone to a suit?

A. (Nods head affirmatively).

Q. 7/9. Okay. Yeah.
A. Right?
Q. Yes. That's correct.
A. Yeah. So I don't have any other specific diagnostic imaging ordered since then.
Q. And going back to page 646, under your Discussion Notes, it looks like you discuss subsidence and spinal cord compression with Mr. Cockburn.
Did you discuss surgical intervention at this point with him?
A. It looks like I did, because it says the patient is in agreement, submit for scheduling. So I guess we did and he was interested.
Q. And what was the basis of your surgical recommendation?
A. What is the basis?
Q. Yes. Why did you recommend surgery at that point?
A. Because he was doing well and then he started to decline, because he had continued pain and he's having subsidence. So you can either leave it alone and let it continue to subside, where then it turns into a worser

problem, or you can intervene at this point and hope you maintain what you have so far.

Q. Okay.

A. Know what I mean?

Q. I hope.

A. So it's like the thing is collapsing. So it hasn't collapsed all the way, because they can completely subside.

Q. You're talking about the discs, right?

A. Yeah. The disc space --

Q. The disc structure?

A. -- height.

Q. Okay. The height.

A. The disc space height.

Q. Okay. Got it.

A. So you have a spacer in here. So if the thing is fused, you're not going to continue to collapse and, like, that thing implode into the vertebral body. But if it's starting to do that, you can fuse it and stop it at that point, posteriorly. If you wait, it continues to get worse. You can't elevate it after that. That's what you've got. And so, then, you could run into a problem where you have a lot of radicular

Q. Okay. And I have a report from Jordan Frankel, where you provided your future recommendations for Mr. Cockburn on a more likely than not basis. I just want to go through those recommendations real quick to make sure that Mr. Frankel got it right and that if it is accurate, that your future recommendations are still the same now as they were when you spoke to Mr. Frankel.

You stated, as a result of the July 5th, 2021 accident, Mr. Cockburn needs a follow-up with a spine surgeon annually with cervical x-rays at each visit for the remainder of his lifetime. Do you still agree with that future recommendation?

A. Yes. That's like I was saying. You know, you should follow up with someone at least to take an x-ray of your cervical spine, at least annually, to make sure the instrumentation isn't starting to fail.

Q. You stated, as a result of the July 5th, 2021 accident, given Mr. Cockburn's age, he will more probable than not need an adjacent level cervical fusion at C6-7 within the next five to seven years. Do you still agree with

that recommendation?

A. Yes.

Q. You stated that he's going to need the following pre- and postoperative treatment: Pre-operative cervical MRI. You agree with that?

A. Yes.

Q. Postoperative follow-up with a spine surgeon for six months and then annually for the remainder of his lifetime and cervical x-rays after each visit; you agree with that?

A. Correct.

Q. Postoperative medications, including Tramadol, 50 milligrams four times daily, for three to six months; Valium, five milligrams daily, three to six months; and Movantik, 25 milligrams daily for three to six months; do you agree with that?

A. Yeah.

Q. You stated postoperative physical therapy three times per week for four weeks. I believe you just testified it would be about six weeks. So maybe it's four to six weeks; do you agree with that more likely than not?

A. That's correct.

Q. You stated, as a result of the July 5th, 2021 accident, Mr. Cockburn needs further workup of the lumbar spine after the cervical spine is addressed. He may need imaging, physical therapy, interventional procedures, and/or surgery, but that determination cannot be made at this time. You still agree that Mr. Cockburn may need future treatment to his lumbar spine?

A. Yeah.

Q. As it relates to his restrictions, you reported that Mr. Cockburn is currently at a no work status. That was when you spoke to Jordan Frankel. He's still at a no work status as of today, yes?

A. That's correct.

Q. And he will remain at a no work status until he reaches one year post posterior fusion, right?

A. Correct.

Q. So that's one year from the date that he had his second cervical fusion?

A. Correct.

Q. And then you stated he will be permanently restricted to no lifting greater

than ten pounds. Do you still agree with that?

A. Yes.

Q. You stated earlier that you agree with no overhead activity and occasional twisting and bending. You agree with that, obviously?

A. Yes.

Q. And, then, it's really the same restrictions if he goes forward with the adjacent level fusion, right? I mean, you're not going to restrict him more; he's already about as restricted as he can be, with no lifting of ten pounds and no overhead, bending, twisting, or --

A. Right. I don't think that's going to change. That's not going to change with the addition of another level fusion.

Q. Okay. And all of the future medical procedures that we just discussed and all of the restrictions, that's on a more likely than not basis, yes, Doc?

A. Right.

MR. SHLOSMAN:

I don't have any other questions.

MS. SCALISE: