ELIZABETH B. MARTINA
& ASSOCIATES
3013 19th Street, Metairie, LA 70002
Ph. (504) 962-7656
Fax (504) 603-2049
www.martinarehab.com

July 22, 2024

Mr. Tom Shlosman
Shlosman Law Office
4907 Magazine Street
New Orleans, LA 70115

Re: Cockburn, Cline
D.O.B. 4/06/1968

Dear Mr. Shlosman:

Mr. Cockburn was seen for a vocational/Life Care Plan evaluation on 3/12/24 at our office in Metairie, Louisiana. Mr. Cockburn's fiancée, Devin, was present and participated in the evaluation. Prior to the beginning of our meeting, it was explained to Mr. Cockburn that the meeting was for assessment only, that we did not have a client/counselor relationship and that a report would be issued. Mr. Cockburn signed a professional disclosure form and HIPAA release prior to beginning the evaluation. Telephone conferences were held with Alexis Waguespack, M.D. on 6/20/24 and 7/11/24 and William Johnson, M.D. on 7/08/24 regarding their recommendations for Mr. Cockburn's restrictions and future care medically more probable than not needed as a result of the 7/05/21 accident. The following records were also reviewed:

- U.S. Individual Income Tax Returns and IRS Wage and Income Transcripts for 2014 – 2023;
- Social Security Administration Statement dated 01/29/24;
- Therapy records from Brignac Physical Therapy dated 3/17/21 to 7/19/23;
- Medical records from William Johnson, M.D. with Ortho LA dated 7/06/21 to 4/22/24;
- Hospital records from St. James Parish Hospital dated 7/07/21 to 7/05/22;
- Medical records from Cathy Hammond-Moulton, M.D. with Concentra Medical Center dated 7/07/21 to 7/30/21;
- Medical records from Jerry Poche, M.D. with Poche Medical Clinic dated 7/12/21 to 10/25/23;
- Imaging records from River Bend Imaging dated 8/13/21;
- Medical records from William Johnson, M.D. with South Lake Surgical Center dated 8/26/21;
- Medical records from Alexis Waguespack, M.D. with Spinecare Medical Group dated 4/04/22 to 01/22/24;
- Imaging records from Diagnostic Imaging Services dated 4/12/22;

- Medical records from New Orleans Headache and Neurology Clinic dated 6/17/22;
- Estimate from Jefferson Ambulatory Surgery Center dated 7/07/22;
- Medical records from Everett Robert, M.D. with Southern Brain and Spine dated 6/13/23;
- Imaging records from Doctor's Imaging dated 7/17/23;
- Hospital records from Alexis Waguespack, M.D. with Omega Hospital dated 10/27/23; and
- Medical records from At Home PT dated 10/31/23 to 11/20/23.

**BACKGROUND INFORMATION**

Mr. Cockburn is 56 years old (D.O.B. 4/06/1968) and lives in Garyville, Louisiana, with his fiancée, Devin, and Devin's 16 year old daughter. Devin works as a Dispatcher for a tow truck company and also has an adult son from a prior relationship. Mr. Cockburn reported that he has 4 adult children from prior relationships and indicated he was married twice and both marriages ended in divorce.

Mr. Cockburn reported that his home is a single story rental house. Mr. Cockburn reported that there are 4 steps to get inside with a handrail. Mr. Cockburn reported that his bathroom has a shower with no safety bars, although he purchased a shower chair after undergoing left knee surgery after the 7/05/21 accident.

Mr. Cockburn reported that he was born in New Orleans, Louisiana, and raised in St. James Parish. Mr. Cockburn reported that his mother, Sylvia, graduated high school, previously worked as a Cook and currently worked as a Security Guard at a Casino. Mr. Cockburn reported that his father, Edwin, left school in the 10th or 11th grade, was in the military, and worked as a Marine Mechanic. Mr. Cockburn reported that he has 6 siblings, 3 of whom he did not have a relationship. His brother, Dewayne, left school in the 10th grade and works as a Truck Driver. His sister, Wendy, graduated high school, was in the military, and worked as a Manager at Dollar General. His brother, Craig, graduated high school and worked as a Plumber.

Mr. Cockburn reported that on a typical day he wakes up around 2:00 to 2:30 am due to pain. Mr. Cockburn reported that since the 7/05/21 accident he preferred to sleep in a recliner. Mr. Cockburn reported that he tries to walk around during the day. Mr. Cockburn reported that he was able to run errands such as going to the grocery store, but that since the 7/05/21 accident he leaned on the buggies and was unable to pick up heavy items such as a case of water. Mr. Cockburn reported that since the 7/05/21 accident, Devin took care of the cooking, housekeeping, and yard maintenance. Mr. Cockburn reported that he goes to bed around 10:00 to 11:00 pm and he did not sleep well due to pain and discomfort.

Mr. Cockburn reported that he has not been convicted of a felony in the last 10 years, has never been treated for drug or alcohol abuse, and he does not smoke cigarettes.

Mr. Cockburn reported that he has never applied for Social Security Disability. Mr. Cockburn reported that he received Maintenance and Cure at the time of our meeting.

Mr. Cockburn reported that he is right handed.

**EDUCATION HISTORY**

Mr. Cockburn reported that he graduated from Lutcher High School in 1987. Mr. Cockburn reported that he earned As, Bs, and Cs. Mr. Cockburn reported that he was held back in the 1st grade due to moving. Mr. Cockburn reported that he was in all regular classes, and had never been diagnosed with a learning disability. Mr. Cockburn reported that he was diagnosed ADHD after high school.

Mr. Cockburn reported that he obtained a Commercial Driver's License (CDL) shortly after high school.

Mr. Cockburn reported that he obtained a process technology degree from River Parishes Community College shortly after high school.

Mr. Cockburn reported no further formal education.

Mr. Cockburn reported that he was able to use a computer for the internet and email, as well as a computer program from work. Mr. Cockburn reported that he was not proficient with a computer and typed with one finger.

**WORK HISTORY**

Mr. Cockburn reported that he worked as a Mechanic Helper for his father while he was in high school.

Mr. Cockburn reported that he worked as a Laborer for Rousel's Environmental for 6 to 7 years. Mr. Cockburn reported that he drove vacuum trucks, ran crews, and cleaned tanks with a vacuum. Mr. Cockburn reported that he had to lift up to 50 pounds and possibly more, and he had to frequently reach, handle, finger, bend, crouch, stoop, and climb. Mr. Cockburn reported that he earned about $12.00 per hour and he frequently worked overtime. Mr. Cockburn reported that he was laid off from this position due to lack of work.

Mr. Cockburn reported that he worked as a Truck Driver for Brown Velvet for about 1 year driving a refrigerated milk truck. Mr. Cockburn reported that he had to lift up to 50 pounds and frequently reach, handle, finger, bend, crouch, stoop, and climb. Mr. Cockburn reported that he earned about $600.00 per week. Mr. Cockburn reported that he was laid off from this position when his route was closed.

Mr. Cockburn reported that he worked as a Truck Driver for Cenac which later became Blue Flash driving 18-wheelers over the road. Mr. Cockburn reported that he had to lift up to 50 pounds and frequently reach, handle, finger, bend, crouch, stoop, and climb. Mr. Cockburn reported that he

earned about $800.00 per week. Mr. Cockburn reported that he left this position after 5 or 6 years for another job.

Next, Mr. Cockburn reported that he started working for International Matex Tank Terminals (IMTT). Mr. Cockburn reported that he initially worked as a Laborer, then as a Dockman, then as a Tank Operator, and ultimately as an Assistant Foreman. Mr. Cockburn reported that he filled and emptied tanks with processed oil. Mr. Cockburn reported that he needed a process technology degree for his position, however, he did not strip chemicals from the oil. Mr. Cockburn reported that in all of his positions with IMTT he had to occasionally lift between 100 and 200 pounds and constantly climb, stoop, bend, kneel, reach, handle, and finger. Mr. Cockburn reported that he earned $33.00 to $34.00 per hour and he worked "lots" of overtime. Mr. Cockburn reported that he worked with IMTT for 19 to 20 years and he left in 2015 or 2106.

Next, Mr. Cockburn reported that he worked for Amspeck as a Cargo Inspector. Mr. Cockburn reported that he worked for Amspeck for about 5 years. Mr. Cockburn reported that he ensured the right oil cargo was added to ships throughout Louisiana, Texas, Arkansas, and Florida, as well as out at sea. Mr. Cockburn reported that he pulled oil samples, checked inventories, and performed paperwork. Mr. Cockburn reported that when he checked inventory he could climb up to 100 tanks in a 2 day period. Mr. Cockburn reported that he had to climb onto ships, use rope ladders, and utilize helicopter swing baskets. Mr. Cockburn reported that the oil sample densities varied but they could weigh more than 20 pounds. Mr. Cockburn reported that he earned $31.00 per hour, plus time and a half for overtime and that he worked a "ton" of overtime. Mr. Cockburn reported that when he worked offshore he worked 16 to 24 hours per day. Mr. Cockburn reported that a project could range from 1 day to 21 days. Mr. Cockburn reported that he was working in this capacity at the time of the 7/05/21 accident. Mr. Cockburn reported that for a short period after the 7/05/21 accident he worked in a temporary position as a Hot Shot Driver for Amspeck for about 1 to 2 weeks but was unable to continue due to pain from his injuries since the 7/05/21 accident. Mr. Cockburn reported that he also attempted to return to his prior position but was unable to continue due to pain and that Amspeck did not have any light duty positions available so he stopped working (date uncertain). Mr. Cockburn reported that he had not returned to work in any capacity since that time.

**MEDICAL HISTORY PRIOR TO 7/05/21**

On 3/17/21 Mr. Cockburn presented to Brignac Physical Therapy as referred by Dr. Johnson for evaluation and treatment of the left knee after surgery on 02/23/21. The reported clinical impression included:

- Encounter for other orthopedic aftercare;
- Other tear of lateral meniscus, current injury, left care;
- Muscle weakness; and
- Difficulty in walking, not elsewhere classified.

Mr. Cockburn had 119 visits between 3/17/21 and 4/01/22.

In our 3/12/24 meeting, Mr. Cockburn reported that his prior medical history included thyroid issues, high cholesterol, and brief psychiatric treatment after a divorce about 6 or 7 years prior. Mr. Cockburn reported that he was diagnosed with ADHD after high school but "a long time ago" and that he was prescribed nonstimulant medication to aid in focus (medication name uncertain). Mr. Cockburn reported that he had prior left and right knee surgeries after both of which his symptoms had resolved and he returned to work. Mr. Cockburn indicated that regarding the left knee, he had just been released to return to work by Dr. Johnson shortly before the 7/05/21 incident.

**MEDICAL HISTORY AS OF 7/05/21**

On 7/06/21 Mr. Cockburn saw William Johnson, M.D. at Ortho LA with complaints of left knee pain rated as 7-9/10 after a fall at work the day prior. Dr. Johnson noted that Mr. Cockburn was previously seen on 6/18/21 for post-operative follow up regarding a left knee arthroscopy (date unspecified). Dr. Johnson reported that Mr. Cockburn had been released to return to work on 6/21/21. Dr. Johnson's reported clinical impression included post operative knee arthroscopy and left knee pain. Dr. Johnson recommended x-rays of the left knee. Dr. Johnson recommended return to work with restrictions that included:

- Light duty;
- No climbing ladders or stairs;
- No work on barges or walkways; and
- Alternate sit and stand.

Dr. Johnson recommended follow up in 2 weeks.

On 7/07/21 Mr. Cockburn underwent x-rays of the left knee as ordered by Dr. Johnson at St. James Parish Hospital and the reported impression included:

- Normal alignment;
- No fracture;
- No joint space narrowing;
- Mild medial patellofemoral joint space; and
- Soft tissue swelling.

On 7/07/21 Mr. Cockburn presented to Concentra Medical Center and was seen by Cathy Hammond-Moulton, M.D. with complaints of back left knee, neck, and hip pain after a fall on 7/05/21. Mr. Cockburn reported having left knee surgery 2 days prior. Dr. Hammond-Moutlon's reported clinical impression included:

- Cervical strain;
- Lumbosacral strain;
- Thoracic myofascial strain;
- Strain of flexor muscle, fascia, or tendon of right middle finger at forearm level;
- Strain of intrinsic muscle of right thumb; and
- Strain of left knee.

Dr. Hammond-Moulton prescribed Flexeril and Naprosyn. Dr. Hammond-Moulton recommended physical therapy (PT) for the neck and upper and lower back. Dr. Hammond-Moulton recommended continued PT of the left knee as prescribed through Mr. Cockburn's Orthopedist.

According to a CMC Work Activity Status Report dated 7/07/21, Dr. Hammond-Moulton recommended return to modified work on 7/08/21 with restrictions that included:

- May lift up to 10 pounds constantly;
- May push/pull up to 10 pounds constantly;
- No squatting;
- No kneeling;
- May not walk on uneven terrain;
- No climbing stairs; and
- No climbing ladders.

On 7/09/21 Mr. Cockburn returned to Dr. Hammond-Moulton with complaints of injury to the left knee, back, and hip after a work related injury. Dr. Hammond-Moulton recommended physical therapy. Dr. Hammond-Moulton reported that Mr. Cockburn was "25%" to meeting demands of the job (unspecified).

According to a CMC Work Activity Status Report dated 7/09/21, Dr. Hammond-Moulton recommended return to work with restrictions that included:

- May lift up to 10 pounds constantly;
- May push/pull up to 10 pounds constantly;
- No squatting;
- No kneeling;
- May not walk on uneven terrain;
- No climbing stairs; and
- No climbing ladders.

On 7/12/21 Mr. Cockburn presented to Poche Medical Clinic and was seen by Jerry Poche, M.D. and reported improving lower back pain.

On 7/23/21 Mr. Cockburn returned to Dr. Hammond-Moulton for follow up and recheck of left knee, back, and left hip. Mr. Cockburn complained of some continued pain. Mr. Cockburn reported that he was working modified duty (unspecified). Dr. Hammond-Moulton recommended continued plan as per last visit.

According to a CMC Work Activity Status Report dated 7/23/21, Dr. Hammond-Moulton recommended return to work with restrictions that included:

- May lift up to 50 pounds frequently;
- May push/pull up to 100 pounds frequently;
- May bend frequently;
- May stand frequently; and
- May walk frequently.

On 7/30/21 Mr. Cockburn returned to Dr. Hammond-Moulton for follow up and reported improvement of the left knee, back, and left hip. Mr. Cockburn complained of pain rated as 4/10 and reported working regular duty. Mr. Cockburn requested release. Dr. Hammond-Moulton's reported clinical impression included:

- Cervical strain;
- Lumbosacral strain;
- Strain of flexor muscle, fascia, or tendon of right middle finger at forearm level;
- Strain of intrinsic muscle of right thumb;
- Thoracic myofascial strain; and
- Strain of left knee.

Dr. Hammond-Moulton recommended release to regular duty.

According to a CMC Work Activity Status Report dated 7/30/21, Dr. Hammond-Moulton recommended return to full duty work.

On 8/02/21 Mr. Cockburn returned to Dr. Johnson for follow up and reported no change in condition. Mr. Cockburn reported wearing a compression brace. Dr. Cockburn performed a needle aspiration and steroid intraarticular injection on Mr. Cockburn in the office. Dr. Johnson recommended an MRI of the left knee. Dr. Johnson recommended return to work with restrictions that included:

- Light duty;
- No climbing stairs or ladders;
- No kneeling, squatting, or heavy lifting; and
- Alternate sit and stand.

Dr. Johnson recommended follow up in 2 weeks.

On 8/04/21 Mr. Cockburn returned to Dr. Poche for follow up.

On 8/05/21 Ms. Cockburn returned to Dr. Hammond-Moulton for physical examination. Dr. Hammond-Moulton recommended activity restrictions as per Dr. Johnson for the left knee.

On 8/13/21 Mr. Cockburn underwent an MRI of the left knee as ordered by Dr. Johnson at River Bend Imaging and the reported impression included:

- Longitudinal horizontal tear anterior horn/post horn/body medial meniscus;
- Findings suggest prior lateral meniscus repair could longitudinal horizontal tear anterior horn/body lateral meniscus;
- Chondromalacia patella;
- Small knee joint effusion and popliteal cyst; and
- Soft tissue edema anterior to the extensor mechanism.

On 8/16/21 Mr. Cockburn returned to Dr. Johnson for post-operative visit and complained of worsening pain in the left knee rated as 7-9/10. Dr. Johnson recommended return to work with restrictions that included:

- Light duty;
- No climbing stairs or ladders;
- No kneeling, squatting, or heavy lifting;
- Alternating sit and stand.

Dr. Johnson recommended left knee meniscal repair and partial meniscectomy.

On 8/26/21 Dr. Johnson performed the following procedures on Mr. Cockburn at South Lake Surgical Center:

- Partial medial meniscectomy;
- Patial lateral meniscectomy;
- Resection of plica;
- Removal of loose bodies; and
- Chondroplasty of medial femoral condyle.

Dr. Johnson prescribed Norco and recommended weight bearing as tolerated with crutches. Dr. Johson recommended follow up in 2 weeks.

On 9/17/21 Mr. Cockburn returned to Dr. Johnson for follow up after surgery and complained of pain rated as 7/10 in the left knee. Mr. Cockburn reported that he was satisfied with the results. Dr. Johnson prescribed Meloxicam and recommended no work until follow up in 3 weeks.

On 10/11/21 Mr. Cockburn returned to Dr. Johnson for follow up and reported feeling better with pain in the left knee rated as 4/10. Dr. Johnson recommended a home exercise program and follow up in 4 weeks. Dr. Johnson recommended no work until follow up.

On 11/08/21 Mr. Cockburn returned to Dr. Johnson for follow up and complained of pain in the left knee rated as 6/10 that was improved with therapy. Mr. Cockburn underwent x-rays of the left knee. Dr. Johnson's reported clinical impression included post-operative left knee and chondromalacia. Dr. Johnson recommended continued HEP and weight bearing as tolerated. Dr. Johnson recommended left knee viscosupplementation. Dr. Johnson recommended sedentary work duty. Dr. Johnson recommended follow up in 3 weeks.

On 11/19/21 Mr. Cockburn returned to Dr. Poche with complaints of sore throat and cough for 1 month. Mr. Cockburn was treated for bronchitis and pharyngitis.

On 12/06/21 Mr. Cockburn returned to Dr. Johnson for follow up and complained of pain in the left knee rated as 1-3/10. Dr. Johnson reported waiting for approval for viscosupplementation. Dr. Johnson recommended return to sedentary to light duty with restrictions that included:

- No climbing ladders or stairs;
- No kneeling, squatting, or uneven surfaces;
- No heavy lifting; and
- Alternate sit and stand.

Dr. Johnson recommended follow up in 1 week for injections.

On 12/07/21 Mr. Cockburn returned to Dr. Poche for a wellness exam and complained of congestion and sinus drip with no fever. Mr. Cockburn was treated for sinusitis, postnasal drip and otitis media.

On 01/12/22 Mr. Cockburn returned to Dr. Johnson and complained of pain in the left knee rated as 4-6/10. Dr. Johnson performed Euflexxa injection #1 on Mr. Cockburn in the office. Dr. Johnson recommended no work and follow up in 1 week.

On 01/19/22 Mr. Cockburn returned to Dr. Johnson for follow up and reported that the left knee was unchanged. Mr. Cockburn complained of pain rated as 4-6/10 with numbness and tingling. Dr. Cockburn performed Euflexxa injection #2 on Mr. Cockburn in the office and recommended follow up in 1 week.

On 01/26/22 Mr. Cockburn returned to Dr. Johnson for follow up and reported no change in left knee pain. Mr. Cockburn complained of pain rated as 4-6/10. Dr. Johnson performed Euflexxa injection #3 on Mr. Cockburn and recommended follow up in 1 week. Dr. Johnson recommended sedentary work and continued HEP.

On 02/16/22 Mr. Cockburn returned to Dr. Johnson for follow up and reported that the injections helped with range of motion and stiffness. Mr. Cockburn complained of left knee pain rated as 7-9/10. Dr. Johnson prescribed Celecoxib and recommended referral to PT. Dr. Johnson recommended no work and continued work conditioning in PT. Dr. Johnson recommended follow up in 3 weeks.

On 3/09/22 Mr. Cockburn returned to Dr. Johnson for follow up of the left knee. Dr. Johnson recommended continued PT and HEP and continued off duty work status. Dr. Johnson recommended follow up in 4 weeks.

On 4/04/22 Mr. Cockburn presented to Spinecare Medical Group and was seen by Alexis Waguespack, M.D. with complaints of neck and lower back pain after a work-related accident in July 2021. Mr. Cockburn reported that the neck pain radiated to the bilateral shoulders and the lower back pain radiated to the hips and groin region bilaterally. Mr. Cockburn complained of numbness in the bilateral hands and fingers when he raised his arms above the shoulders. Mr. Cockburn complained of pain across the bilateral thighs and giving way of the left leg. Mr. Cockburn complained of difficulty sleeping. Mr. Cockburn reported attending PT for the left knee. Dr. Waguespack's reported clinical impression included:

- Cervical spondylosis;
- Lumbar spondylosis;
- Cervical radiculitis; and
- Lumbar radiculitis.

Dr. Waguespack recommended an MRI of the cervical and lumbar spine. Dr. Waguespack recommended continued use of Celebrex and prescribed Flexeril.

On 4/06/22 Mr. Cockburn returned to Dr. Johnson for follow up and complained of left knee pain rated as 4-6/10 with swelling with activity. Mr. Cockburn underwent x-rays of the left knee in the office. Dr. Johnson's reported clinical impression included degenerative joint disease, left knee and post op knee arthroscopy. Dr. Johnson recommended left partial knee replacement. Dr. Johnson recommended off duty work status and follow up in 2 weeks.

On 4/12/22 Mr. Cockburn underwent MRIs of the cervical and lumbar spines as ordered by Dr. Waguespack at Diagnostic Imaging Services. The reported impression of the cervical MRI included:

- Straightening of the cervical lordotic curvature suspicious for muscle spasm/strain;
- At C3-C4 disc desiccation and posterior disc bulge effacing the ventral thecal sac and contracting left ventral hemicord and exiting C4 nerve root with severe lateral recess and medial foraminal stenosis;
- At C4-C5 disc desiccation with right paracentral disc herniation contracting and altering the right ventral hemicord contour and thickness with moderate ipsilateral medial foraminal encroachment; and
- At C5-C6 broad-based disc bulge effacing the ventral thecal sac approximating the ventral spinal cord surface with right worse than left foraminal stenosis, severe and moderate, respectively, secondary to facet joint more than uncovertebral joint hypertrophy.

The reported impression of the lumbar MRI included facet joint fluid at L3-L4 possible anterior annular tear at the same level.

On 4/19/22 Mr. Cockburn returned to Dr. Poche with complaints of congestion for several days. Mr. Cockburn was treated for sinusitis.

On 5/09/22 Mr. Cockburn returned to Dr. Waguespack for follow up after imaging. Mr. Cockburn complained of neck pain rated as 10/10 and lower back pain rated as 2-10/10. Mr. Cockburn complained of neck pain that radiated to the posterior neck and left shoulder and arm with associated numbness and tingling in the arms, hand, and fingers. Mr. Cockburn complained of significant weakness in the right arm. Mr. Cockburn complained of lower back pain that radiated to the bilateral hips and into the lower extremities and groin. Dr. Waguespack's reported clinical impression included:

- Displacement of cervical intervertebral disc without myelopathy;
- Spinal stenosis in cervical region;
- Cervical radiculopathy; and
- Carpal tunnel syndrome.

Dr. Waguespack recommended upper extremity electromyography/nerve conduction study (EMG/NCS) and referral to physical therapy (PT) for the cervical and lumbar spine. Dr. Waguespack prescribed Norco and recommended referral to pain management.

On 6/01/22 Mr. Cockburn returned to Dr. Johnson for follow up of left knee degenerative joint disease. Mr. Cockburn reported no change in the left knee after arthroplasty. Dr. Johnson recommended left partial knee replacement and follow up in 5 weeks.

On 6/06/22 Mr. Cockburn returned to Dr. Poche for pre-operative visit prior to left knee surgery. Mr. Cockburn underwent and ECG in the office. Dr. Poche recommended laboratory testing.

On 6/17/22 Mr. Cockburn underwent an EMG/NCS of the bilateral upper extremity as ordered by Dr. Waguespack at New Orleans Headache and Neurology Clinic and the reported impression included EMG/NCS exam suggested mixed sensorimotor polyneuropathy.

On 6/28/22 Dr. Johnson performed arthroplasty partial knee, left on Mr. Cockburn at St. James Parish Medical Hospital. On 6/29/22 Mr. Cockburn was discharged home.

On 6/30/22 Mr. Cockburn returned to Brignac Physical Therapy as referred by Dr. Johnson for evaluation and treatment of the left knee after total knee arthroplasty. The reported clinical impression included:

- Pain in the left knee;
- Abnormalities of gait and mobility;
- Cervicalgia; and
- Low back pain.

Mr. Cockburn had 140 visits between 6/30/22 and 7/19/23.

On 7/05/22 Mr. Cockburn presented to St. James Parish Hospital ER with complaints of left calf pain after partial knee replacement. Mr. Cockburn underwent a left lower extremity duplex scan and the reported impression included normal left lower extremity deep venous system without evidence of clot nor popliteal cyst. Mr. Cockburn was discharged home on the same day.

According to a Jefferson Ambulatory Surgery Center narrative letter dated 7/07/22, the reported estimated facility cost of cervical facet injection right C3-C4 and C4-C5 was $4,900.00 per procedure.

On 7/13/22 Mr. Cockburn returned to Dr. Johnson for follow up after surgery and complained of left knee pain rated as 5/10 with numbness, stiffness, and swelling. Dr. Johnson's reported clinical impression included postop knee total knee arthroplasty, left. Dr. Johnson prescribed Ketorolac and Percocet. Dr. Johnson recommended off duty work status and follow up in 3 weeks.

On 7/25/22 Mr. Cockburn returned to Dr. Waguespack for follow up with complaints of lower back pain rated as 5-10/10 that radiated to the left hip and neck pain rated as 3-10/10 that radiated to the bilateral arms, worse on the left, with numbness and tingling. Dr. Waguespack's reported clinical impression included:

- Cervical radiculopathy;
- Lumbar radiculopathy;
- Displacement of cervical intervertebral disc without myelopathy; and
- Spinal stenosis in cervical region.

Dr. Waguespack recommended an MRI of the lumbar spine.

On 8/03/22 Mr. Cockburn returned to Dr. Johnson for follow up and complained of pain rated as 4-6/10 with stiffness and swelling that was better with therapy. Mr. Cockburn underwent bilateral weightbearing knee x-rays in the office. Dr. Johnson recommended continued HEP and prescribed a home TENS unit. Dr. Johnson recommended off duty work status and follow up in 4 weeks.

On 8/31/22 Mr. Cockburn returned to Dr. Johnson for follow up and complained of pain in the left knee rated as 7/10. Dr. Johnson recommended continued HEP, PT and follow up in 4 weeks. Dr. Johnson recommended return to light duty work with restrictions that included:

- No heavy lifting;
- No climbing or squatting;
- No kneeling;
- May work as a Courier; and
- May walk on gangway onto ship to perform paperwork and sedentary activities.

On 9/12/22 Mr. Cockburn returned to Dr. Waguespack for follow up with complaints of lower back pain rated as 5-10/10 that radiated to the hip and left lower leg with numbness and tingling. Mr. Cockburn complained of neck pain rated as 5-10/10 that radiated down the bilateral arms, left greater than right with weakness, numbness, and tingling. Dr. Waguespack reported that lumbar MRI, cervical PT, injections, and EMG/NCS were pending.

On 9/12/22 Mr. Cockburn returned to Dr. Johnson for follow up and complained of pain rated as 9/10 that radiated to the medial and lateral joint lines to the ankle. Mr. Cockburn complained of swelling with activity and work. Dr. Johnson prescribed Diclofenac. Dr. Johnson recommended no collecting samples or driving for 2 weeks. Dr. Johnson recommended continued PT and follow up in 2 weeks.

According to a narrative letter dated 9/15/22, Dr. Waguespack of Spinecare Medical Group recommended no work for Mr. Cockburn.

On 9/26/22 Mr. Cockburn returned to Dr. Johnson for follow up and complained of left knee pain rated as 4-6/10 that was better with therapy. Mr. Cockburn underwent x-rays of the left knee in the office. Dr. Johnson recommended continued PT and continued work restrictions that included:

- No collecting samples and prolonged driving;
- No climbing, kneeling, or squatting.

On 10/24/22 Mr. Cockburn returned to Dr. Johnson for follow up and complained of intermittent pain in the left knee rated as 1-3/10. Mr. Cockburn reported attending PT with improvement. Dr. Johnson recommended continued PT and work restrictions as prescribed last visit and follow up in 4 weeks.

On 10/25/22 Mr. Cockburn returned to Dr. Waguespack for follow up and complained of continued lumbar pain, worse on the left side that radiated to the left hip. Mr. Cockburn complained of continued neck pain that radiated to the bilateral shoulders and arms with numbness and tingling. Dr. Waguespack prescribed Flexeril.

On 11/21/22 Mr. Cockburn returned to Dr. Johnson for follow up and reported that the left knee was unchanged. Dr. Johnson recommended continued PT and work restrictions as prescribed last visit and follow up in 4 weeks.

On 12/19/22 Mr. Cockburn returned to Dr. Johnson for follow up and reported unchanged left knee pain rated as 3/10. Mr. Cockburn reported attending PT. Dr. Johonson recommended continued PT and HEP. Dr. Johnson recommended work restrictions that included:

- No kneeling, squatting, or climbing;
- No jumping or running; and
- Alternate sit and stand.

Dr. Johnson recommended follow up in 6 weeks.

On 01/24/23 Mr. Cockburn returned to Dr. Waguespack for follow up and complained of neck pain rated as 10/10 that radiated to the right shoulder and elbow and occasionally the left side. Mr. Cockburn complained of tingling and numbness in the right fingers and headaches that seemed to be improving with PT. Mr. Cockburn complained of lower back pain rated as 2-3/10 worse on the left that radiated to the left hip. Dr. Waguespack performed a Toradol injection on Mr. Cockburn in the office.

On 01/30/23 Mr. Cockburn returned to Dr. Johnson for follow up and reported initial improvement with complaints of weakness in the left knee with feeling of warmth over the last few days. Mr. Cockburn complained of pain rated as 3/10. Dr. Johnson recommended return to work with restrictions that included limited duty with no climbing, squatting, kneeling, or heavy lifting. Dr. Johnson recommended continued PT and HEP with follow up in 6 weeks.

On 3/13/23 Mr. Cockburn returned to Dr. Johnson for follow up and complained of left knee pain with persistent weakness and occasional giving out. Mr. Johnson complained of inability to gain quadriceps strength. Dr. Johnson recommended continued PT and HEP and return to work with restrictions that included:

- Limited duty;
- No climbing, squatting, or kneeling;
- Light lift; and
- Alternate sit and stand.

Dr. Johnson recommended follow up in 4 weeks.

On 4/14/23 Mr. Cockburn returned to Dr. Johnson for follow up. Dr. Johnson recommended continued work restrictions as prescribed last visit and continued PT, HEP, and additional HEP at a fitness facility. Dr. Johnson recommended follow up in 4 weeks.

On 4/25/23 Mr. Cockburn returned to Dr. Waguespack for follow up and complained of lower back pain rated as 3-10/10 that radiated to the hips and left leg and foot with numbness and tingling. Mr. Cockburn complained of neck pain rated as 4-10/10 that radiated to the bilateral shoulders and arms with weakness, numbness, and tingling. Mr. Cockburn also complained of headaches. Dr. Waguespack performed a Toradol injection on Mr. Cockburn in the office.

On 5/19/23 Mr. Cockburn returned to Dr. Johnson for follow up and complained of pain in the left knee rated as 4-6/10. Mr. Cockburn complained of giving way, instability, persistent swelling, and worsening pain in the left knee. Dr. Johnson's reported clinical impression included arthroplasty left knee and post-op partial knee arthroplasty left. Dr. Johnson recommended an MRI of the left knee. Dr. Johnson recommended limited duty work with restrictions that included:

- No climbing, squatting, or kneeling;
- No light lifting; and
- Alternate sit and stand.

Dr. Johnson recommended continued PT and HEP.

On 6/13/23 Mr. Cockburn presented to Southern Brain and Spine and was seen by Everett Robert, M.D. for a second medical opinion. Mr. Cockburn reported being involved in a work-related accident with a fall that resulted in immediate left knee, neck, and back pain. Mr. Cockburn reported taking medication and attending PT for the neck and back with marginal improvement. Mr. Cockburn reported having left knee surgery two weeks prior to the accident and reported no prior neck or back issues. Mr. Cockburn complained of lower back pain with weakness in the left quadricep. Mr. Cockburn denied any brain injury. Mr. Cockburn complained of neck pain to the scapula with bilateral shoulder and shoulder blade pain. Mr. Cockburn complained of radiating pain to the bilateral upper extremities with numbness and tingling in the bilateral hands. Mr. Cockburn reported not working since the accident. Dr. Robert recommended an EMG/NCS of the left lower extremity and an MRI of the lumbar spine. Dr. Robert recommended a SPECT scan of the cervical spine. Dr. Robert reported that he believed that Mr. Cockburn injured his neck and back based on the history given, but that the cervical and lumbar MRIs did not explain his symptoms. Dr. Robert reported that he did not recommend neck or back injections and or invasive procedures at that time. Dr. Robert recommended continued work status as prescribed until complete workup.

On 7/17/23 Mr. Cockburn underwent an MRI of the left knee as ordered by Dr. Johnson at Doctor's Imaging and the reported impression included:

- Medial femorotibial compartment hemiarthroplasty. No evidence for bone or soft tissue infection;
- Knee joint effusion; and
- Longitudinal horizontal tear anterior horn/body lateral meniscus with parameniscal cyst.

On 7/25/23 Mr. Cockburn returned to Dr. Waguespack for follow up with complaints of neck and lower back pain that radiated to the bilateral shoulders and arms with numbness and weakness. Mr. Cockburn reported that the neck pain was constant. Mr. Cockburn complained of constant

headaches. Mr. Cockburn complained that the lower back pain radiated to the hips and occasionally to the bilateral legs. Mr. Cockburn complained of numbness and tingling in the left knee down to the foot. Dr. Waguespack continued to recommended injections for the cervical spine and an MRI of the lumbar spine. Dr. Waguespack recommended continued PT and medication as prescribed.

On 7/31/23 Mr. Cockburn returned to Dr. Johnson for follow up and was reportedly ambulating with a cane. Mr. Cockburn complained of left knee pain rated as 5/10. Dr. Johnson recommended left knee arthroscopic lysis of adhesions and partial lateral meniscectomy. Dr. Johnson recommended follow up in 2 weeks.

On 8/22/23 Mr. Cockburn returned to Dr. Waguespack for follow up and complained of neck pain that radiated to the bilateral shoulders and arms with numbness and tingling in the bilateral shoulders and arms as well. Mr. Cockburn reported loss of strength in the bilateral hands and constant headaches. Mr. Cockburn complained of lower back pain that radiated to the bilateral hips and legs, left greater than right. Mr. Cockburn complained of numbness and tingling in the left knee to the foot. Dr. Waguespack performed a Celestone injection on Mr. Cockburn in the office. Dr. Waguespack's reported clinical impression included:

- Cervical radiculopathy;
- Cervical radiculitis;
- Spinal stenosis in cervical region with myelopathy; and
- Intervertebral disc disorder of cervical region with myelopathy.

Dr. Waguespack recommended an MRI of the cervical spine and an anterior cervical discectomy and fusion (ACDF).

On 9/25/23 Mr. Cockburn returned to Dr. Waguespack for follow up after MRI. Mr. Cockburn complained of posterior neck pain that radiated to the bilateral shoulder and arms right greater than left and bilateral numbness and tingling in the shoulders and arms. Mr. Cockburn complained of weakness in the arms and constant headaches. Dr. Waguespack's reported clinical impression included intervertebral disc disorder of cervical region with myelopathy and spinal stenosis in cervical region. Dr. Waguespack recommended ACDF at C3-C4, C4-C5, and C5-C6.

On 10/25/23 Mr. Cockburn returned to Dr. Poche for pre-operative visits prior to ACDF. Dr. Poche recommended ECG, chest x-rays, and laboratory testing.

On 10/27/23 Dr. Waguespack performed the following procedures on Mr. Cockburn at Omega Hospital:

- Anterior cervical discectomy, C3-C4;
- Anterior cervical discectomy, fusion, C4-C5;
- Anterior cervical discectomy, fusion, C5-C6;
- Anterior interbody device, C3-C4, C4-C5, C5-C6; and
- Anterior instrumentation, C3, C4, C5, C6.

Dr. Waguespack prescribed Augmentin and Roxicodone and recommended follow up in 2 weeks. Dr. Waguespack recommended up as tolerated, no strenuous activity/exercise, no lifting, no pushing or pulling over 8 pounds, and no sudden neck movements.

On 10/31/23 Mr. Cockburn was seen by At Home PT as referred by Dr. Waguespack for treatment of the cervical spine after surgery. Mr. Cockburn had 6 visits between 10/31/23 and 11/20/23.

On 10/29/23 Mr. Cockburn was seen by At Home Home Health skilled nursing as referred by Dr. Waguespack for wound assessment and home care and follow up after surgery. Mr. Cockburn was discharged from skilled nursing on 11/27/21.

On 11/13/23 Mr. Cockburn returned to Dr. Waguespack for follow up and reported doing better since a short stay in the hospital for difficulty breathing. Mr. Cockburn complained of a sore throat and difficulty swallowing from pain. Mr. Cockburn complained of soreness around the incision and faint numbness and tingling in the fingertips. Mr. Cockburn reported no headaches since surgery. Dr. Waguespack reported clinical impression included cervical spondylosis. Mr. Cockburn underwent x-rays of the cervical spine. Dr. Waguespack recommended continued cervical collar and bone stimulator. Dr. Waguespack decreased Norco dosage and recommended follow up in 4 weeks.

On 12/18/23 Mr. Cockburn returned to Dr. Waguespack and reported doing well with improved coordination and strength of the hands. Dr. Waguespack's reported clinical impression included cervical radiculopathy and cervical spondylosis. Dr. Waguespack recommended continued use of cervical collar and refilled medications.

On 01/22/24 Mr. Cockburn returned to Dr. Waguespack for follow up and complained of improved neck pain that radiated to the bilateral shoulders with faint numbness and tingling in the fingertips that was resolving. Mr. Cockburn complained of difficulty swallowing at times and raspy voice. Mr. Cockburn complained of non-radiating back pain with prolonged activity. The reported clinical impression included arthropathy of lumbar facet joint and cervical spondylosis. Dr. Waguespack recommended discontinued use of cervical collar and approval to drive short distances. Dr. Waguespack recommended PT.

In our 3/12/24 meeting, Mr. Cockburn reported that his symptoms included neck pain, back pain, and some left knee pain and numbness. Mr. Cockburn reported that he continued to treat with Dr. Waguespack and Dr. Johnson. Mr. Cockburn reported that he was prescribed Hydrocodone, Gabapentin, and Tizanidine. Mr. Cockburn reported that he used heating pads as needed. Mr. Cockburn reported that since the 7/05/21 accident he gained about 80 pounds and subsequently had been diagnosed with diabetes. Mr. Cockburn reported that since the 7/05/21 accident his relationship with his fiancée had been affected.

On 3/18/24 Mr. Cockburn returned to Dr. Johnson and complained of intermittent pain in the left knee rated as 1-3/10. Ms. Cockburn reported that it took a while for the knee to loosen up

but no pain after the stiffness resolved. Dr. Johnson's reported clinical impression included post-op left knee arthroscopy and post-op left knee arthroplasty, left. Dr. Johnson recommended use of over-the-counter pain medication and return to work. Dr. Johnson recommended follow up as needed.

On 6/20/24 and 7/11/24 telephone conferences were held with Dr. Waguespack regarding her recommendations for Mr. Cockburn's restrictions and future care medically more probable than not needed as a result of the 7/05/21 accident. Dr. Waguespack provided the following recommendations which she confirmed on 7/12/24:

- As a result of the 7/05/21 accident, Mr. Cockburn needs to follow up with a Spine Surgeon every 3 months with cervical x-rays at each visit until he undergoes posterior cervical fusion at C3-C6 within the next 2 years.
- As a result of the 7/05/21 accident, Mr. Cockburn needs the following medications, or a similar combination of medications, until he undergoes posterior cervical fusion at C3-C6 within the next 2 years:
  - Norco 7.5 mg, 3 times daily; and
  - Gabapentin 600 mg, 3 times daily.
- As a result of the 7/05/21 accident, Mr. Cockburn needs posterior cervical fusion at C3-C6 within the next 2 years with the following pre- and post-operative treatment:
  - Pre-operative cervical MRI;
  - Post-operative follow up with a Spine Surgeon monthly for 6 months and then annually for the remainder of his lifetime with cervical x-rays at each visit;
  - Post-operative medications including Tramadol 50 mg 4 times daily for 3 to 6 months, Valium 5 mg daily for 3 to 6 months, and Movantik 25 mg daily for 3 to 6 months; and
  - Post-operative physical therapy 3 times per week for 4 weeks.
- As a result of the 7/05/21 accident, given Mr. Cockburn's age, he will more probable than not need an adjacent level cervical fusion at C6-C7 over his lifetime with the following pre- and post-operative treatment:
  - Pre-operative cervical MRI;
  - Post-operative follow up with a Spine Surgeon monthly for 6 months and then annually for the remainder of his lifetime with cervical x-rays at each visit;
  - Post-operative medications including Tramadol 50 mg 4 times daily for 3 to 6 months, Valium 5 mg daily for 3 to 6 months, and Movantik 25 mg daily for 3 to 6 months; and
  - Post-operative physical therapy 3 times per week for 4 weeks.
- As a result of the 7/05/21 accident, Dr. Waguespack reported that Mr. Cockburn needs further work up of the lumbar spine after his cervical spine is addressed. Dr. Waguespack indicated that Mr. Cockburn may need imaging, physical therapy, interventional procedures, and/or surgery but that determination cannot not be made at this time.

Regarding physical restrictions as a result of the 7/05/21 accident, Dr. Waguespack reported that Mr. Cockburn is currently at a no work status and will remain at a no work status until he reaches 1 year post posterior fusion a C3-C6, at which time he will be permanently restricted to no lifting

greater than 10 pounds, no overhead activity, and occasional twisting and bending. Dr. Waguespack reported that post adjacent level cervical fusion, Mr. Cockburn will be at a no work status until he reaches MMI at 1 year, at which time he will be permanently restricted to no lifting greater than 10 pounds, no overhead activity, and occasional twisting and bending.

On 7/08/24 a telephone conference was held with Dr. Johnson regarding his recommendations for Mr. Cockburn's restrictions and future care medically more probable than not as a result of the 7/05/21 accident. Dr. Johnson provided the following recommendations which he confirmed on 7/22/24:

- As a result of the 7/05/21 accident, Mr. Cockburn needs to follow up an Orthopedic Surgeon on an as needed basis in regard to the left knee.
- As a result of the 7/05/21 accident, you indicated that within 10 years, Mr. Cockburn will need a left partial knee replacement (1 night/23 hour stay) with the following pre- and post-operative treatment:
    - Pre-operative left knee x-rays;
    - Pre-operative CBC, CMP, urinalysis, EKG, and chest x-ray;
    - Post-operative home health physical therapy for 2 weeks;
    - Post-operative follow up with an Orthopedic Surgeon monthly for 4 months and at 1 year with left knee x-rays 1 time during the 4 months and 1 time at 1 year; and
    - Post-operative physical therapy 2 times per week for 3 to 4 months.

In regard to restrictions as a result of the 7/05/21 accident, Dr. Johnson indicated that Mr. Cockburn is currently and permanently restricted to light duty with no climbing, squatting, or kneeling and the ability to alternate between sitting and standing as needed in regard to the left lower extremity. Dr. Johnson indicated that post left total knee replacement, Mr. Cockburn will be off work for 3 to 4 months and then released to the above restrictions on a permanent basis.

**<u>VOCATIONAL TESTING</u>**

Mr. Cockburn was administered the *Woodcock-Johnson IV Tests of Achievement* to assess his reading recognition, reading comprehension, math calculation and math reasoning. Mr. Cockburn reported that he took Hydrocodone, Gabapentin, and Tizanidine prior to our evaluation.

The Letter-Word Identification subtest measures Mr. Cockburn's word identification skills. He was required to correctly pronounce words on his side of the test book, but was not required to know the meaning of any word. The items became increasingly difficult as the selected words appear less and less frequently in written English. On this test Mr. Cockburn scored at the 7.6 grade level with a standard score of 87 at the 20th percentile. Mr. Cockburn's score fell within the low average range.

The Applied Problems subtest required Mr. Cockburn to analyze and solve math problems. To solve the problems, he listened to the problem, recognized the procedure to be followed, and

then performed relatively simple calculations. Because many of the problems include extraneous information, he had to decide not only the appropriate mathematical operation to use but also which numbers to include in the calculation. Item difficulty increased with complex calculations. On this subtest Mr. Cockburn scored at the 9.5 grade level with a standard score of 95 at the 38th percentile. Mr. Cockburn's score fell within the average range.

The Passage Comprehension subtest required Mr. Cockburn to read a short passage and identify a missing key word that makes sense in the context of the passage. The items became increasingly difficult by removing pictorial stimuli and increasing passage length, level of vocabulary, and complexity of syntax. On this test Mr. Cockburn scored at the 4.3 grade level with a standard score of 78 at the 7th percentile. Mr. Cockburn's score fell within the low range.

The Calculation subtest is a test of math achievement measuring the ability to perform mathematical computations. The initial items required Mr. Cockburn to perform addition, subtraction, multiplication, division, and combinations of these basic operations, as well as some geometric, trigonometric, logarithmic, and calculus operations. The calculations involved negative numbers, percents, decimals, fractions, and whole numbers. Because the calculations are presented in traditional problem format in the Subject Response Booklet, he was not required to make any decisions about what operations to use or what data to include. Mr. Cockburn scored at the 5.7 grade level with a standard score of 88 at the 21st percentile. Mr. Cockburn's score fell within the low average range.

Mr. Cockburn was administered the *Self-Directed Search, Form E,* to assess his vocational interests. He was first asked to review a list of 60 activities in six different occupational interest areas, and positively mark any activities he likes to do or thought he might like to do. Mr. Cockburn was next asked to review a list of 60 skills in six different occupational areas, and positively mark skills that he has or would like to learn. He was then asked to review 72 different jobs and indicate any that he liked or he thought he might like. Finally, Mr. Cockburn was asked to rate his abilities in six different occupational areas on a scale of one to seven, with one being the lowest and seven being the highest.

Mr. Cockburn's highest score was in the Social category. Individuals who score high in this area generally prefer activities and occupations that involve helping, teaching, treating, counseling, or serving others through personal interaction. They generally value fostering the welfare of others, and see themselves as empathetic, patient, and having interpersonal skills, but lacking in mechanical ability. Others generally see them as nurturing, agreeable, and extroverted. Occupations or other environments typically involve working with others in a helpful or facilitative way.

His second highest score was in the Realistic category. Individuals who score high in this area generally prefer activities and occupations that involve manipulation of machines, tools, and things. They generally value material rewards for tangible accomplishments and see themselves as practical, conservative, and having manual and mechanical skills, but lacking social skills.

Others generally see them as normal and frank. Occupations or other environments typically involve concrete and practical activities with the use of machines, tools, and materials.

Mr. Cockburn's third highest score was in the Enterprising category. Individuals who score high in this area generally prefer activities and occupations that involve persuading, manipulating, or directing others. They generally value material accomplishment and social status, and see themselves as having sales and persuasive ability, but lacking in scientific ability. Others generally see them as energetic and gregarious. Occupations or other environments typically involve selling, leading, and manipulating others to attain personal or organizational goals.

Examples of occupations with the SRE or similar summary code include Truck Drivers and Mechanics.

**VOCATIONAL ANALYSIS**

Based on our interview with Mr. Cockburn, records reviewed, as well as information from the *Dictionary of Occupational Titles, Fourth Edition; Classification of Jobs* and *O'Net,* Mr. Cockburn's work history most closely resembles:

| JOB TITLE | D.O.T. # | SKILL LEVEL | PHYSICAL DEMAND |
|---|---|---|---|
| Mechanic Helper | 620.664-014 | Skilled | Heavy |
| Heavy Truck/Deliver Truck Driver | 905.663-014 | Semi-Skilled | Medium |
| CDL Driver | 904.383-010 | Semi-Skilled | Medium |
| Pump Operator | 549.362-010 | Skilled | Heavy[1] |
| Cargo Inspector | 549.387-010 | Skilled | Medium[2] |

Mr. Cockburn's jobs have ranged from medium to heavy in terms of physical demand, and semi-skilled to skilled in terms of specific vocational preparation.

Based on our meeting with Mr. Cockburn and the same sources above, Mr. Cockburn has likely developed the following transferable skills:

- Ability to control operations of equipment or systems;
- Ability to watch gauges, dials, or other indicators to make sure a machine is working properly;
- Ability to perform routine maintenance on equipment and determine when and what kind of maintenance is needed;
- Ability to repair machines or systems using the needed tools;
- Ability to determine causes of operating errors and deciding what to do about it;

[1] Although this is generally considered a medium duty job title, Mr. Cockburn reported that he had to lift up to 100 to 200 pounds.

[2] Although this is generally considered a light duty job title, Mr. Cockburn reported that he when he checked inventory he could climb up to 100 tanks in a 2 day period. Mr. Cockburn reported that he had to climb onto ships, use rope ladders, and utilize helicopter swing baskets. Mr. Cockburn reported that the oil sample densities varied but they could weigh more than 20 pounds.

- Ability to conduct tests and inspections of products, services, or processes to evaluate quality or performance;
- Ability to give full attention to what other people are saying, taking time to understand the points being made, asking questions as appropriate, and not interrupting at inappropriate times; and
- Ability to talk to others to convey information effectively.

According to Mr. Cockburn's Social Security Statement, he earned the following amounts:

| **YEAR** | **AMOUNT** |
|---|---|
| 2016 | $80,895.00 |
| 2017 | $47,673.00 |
| 2018 | $62,618.00 |
| 2019 | $75,641.00 |
| 2020 | $76,111.00 |
| 2021 | $79,685.00<br>D.O.A. 7/05/21 |
| 2022 | $43,783.00 |

Mr. Cockburn's highest wages were $80,895.00 in 2016 and he earned an average of $68,587.60 in the 5 full years prior to the 7/05/21 accident. It should be noted that Mr. Cockburn earned $79,685.00 the year of the 7/05/21 accident. According to the Bureau of Labor Statistics, *Occupational Employment Survey* in the New Orleans area in 2023, the top 25% of Cargo Inspectors had average wages of $33.74 per hour or $70,180.00 annually and the top 10% had average wages of $45.71 per hour or $95,070.00 annually. Mr. Cockburn's historical wages fall within the top 10 to 25% of statistical wages and are representative of his pre-accident wage earning capacity.

Regarding restrictions as a result of the 7/05/21 accident, on 7/08/24 Dr. Johnson indicated that Mr. Cockburn is currently and permanently restricted to light duty with no climbing, squatting, or kneeling and the ability to alternate between sitting and standing as needed in regard to the left lower extremity. Dr. Johnson indicated that post left total knee replacement within the next 10 years, Mr. Cockburn will be off work for 3 to 4 months and then released to the above restrictions on a permanent basis. On 7/11/24 Dr. Waguespack reported that Mr. Cockburn is currently at a no work status and will remain at a no work status until he reaches 1 year post posterior fusion a C3-C6, at which time he will be permanently restricted to no lifting greater than 10 pounds, no overhead activity, and occasional twisting and bending. Based on Dr. Johnson's and Dr. Waguespack's opinions, Mr. Cockburn is unable to return to any of his prior occupations. Dr. Waguespack reported that post adjacent level cervical fusion, Mr. Cockburn will be at a no work status until he reaches MMI at 1 year, at which time he will be permanently restricted to no lifting greater than 10 pounds, no overhead activity, and occasional twisting and bending. Based on Dr. Waguespack's opinion, Mr. Cockburn currently experiences a total loss in

his wage earning capacity and he will continue to do so until reaching MMI at 1 year post posterior cervical fusion (for computational purposes only, estimated at 1 to 3 years).

Based on Dr. Waguespack's opinion regarding Mr. Cockburn's cervical spine, he will be restricted to sedentary duty when he reaches MMI at 1 year post posterior cervical fusion. Given Mr. Cockburn's educational attainment and work history, he is likely limited unskilled to semi-skilled employment at a sedentary level. According to the *Dictionary of Occupational Titles, Fourth Edition* and *Classification of Jobs*, approximately 3% of all job titles are sedentary and unskilled to semi-skilled. Based on this information, as well as Mr. Cockburn's age and geographic location, it is unlikely that he will be able to obtain and maintain competitive, gainful employment at a sedentary level when he reaches MMI at 1 year post posterior cervical fusion. Based on this information, Mr. Cockburn likely experiences a total loss in his future wage earning capacity as a result of the 7/05/21 accident.

**LIFE CARE PLAN**

A Life Care Plan provides an organized, concise plan to document Mr. Cockburn's current and future needs with associated costs which are more probable than not needed as a result of the 7/05/21 accident. Our interview with Mr. Cockburn, review of his medical records, research, and contact with Dr. Waguespack and Dr. Johnson were utilized in completing this analysis. As information is received, the plan will be updated accordingly. Below is the Life Care Plan for Mr. Cockburn:

BEGINS ON NEXT PAGE

**ROUTINE FOLLOW UP**

| Doctor | Frequency | Begin/End Date | Purpose | Cost Per Unit | Total Costs |
|---|---|---|---|---|---|
| *Spine Surgeon – Routine | Every 3 months until posterior cervical fusion within the next 2 years (**1 to 8 visits utilized) | 2024 to 2025/2026 | Monitor the cervical and lumbar spine | $189.00 to $519.75 per visit[1] | **TOTAL ONE TIME COST: $189.00 to $4,158.00** |
| *Spine Surgeon – Posterior Cervical Fusion | Monthly for 6 months post posterior cervical fusion (first 3 visits included in cost of surgery) | 2025/2026 to Lifetime | Post-operative follow up | $189.00 to $519.75 per visit[2] | **TOTAL ONE TIME COST: $567.00 to $1,559.25** |
| *Spine Surgeon – Routine | Annually for the remainder of his lifetime | 2026/2027 to Lifetime | Monitor changes in the cervical and lumbar spine | $189.00 to $519.75 per visit[3] | **TOTAL COST PER YEAR BEGINNING 2026/2027: $189.00 to $519.75** |
| *Spine Surgeon – Adjacent Level Cervical Fusion | Monthly for 6 months post adjacent level cervical fusion (first 3 visits included in cost of surgery) | 2026/2027 to Lifetime | Post-operative follow up | $189.00 to $519.75 per visit[4] | **TOTAL ONE TIME COST: $567.00 to $1,559.25** |
| ***Orthopedic Surgeon – Left Knee | Monthly for 4 months and at 1 year post-operative | 2034 to Lifetime | Post-operative follow up | $189.00 to $519.75 per visit[5] | **TOTAL ONE TIME COST: $945.00 to $2,598.75** |

*Recommended by Dr. Waguespack in her 6/20/24 and 7/11/24 telephone conferences with Elizabeth B. Martina & Associates and confirmed on 7/12/24.
**For computational purposes only.
***Recommended by Dr. Johnson in his 7/08/24 telephone conference with Elizabeth B. Martina & Associates and confirmed on 7/22/24.

**DIAGNOSTIC TESTING**

| Diagnostic Testing | Frequency | Begin/End Date | Purpose | Cost Per Unit | Total Costs |
|---|---|---|---|---|---|
| *Cervical X-rays – Routine | Every 3 months until posterior cervical fusion within the next 2 years (**1 to 8 sets utilized) | 2024 to 2025/2026 | Monitor changes in the cervical spine | $85.00 to $254.21 per each[6] | **TOTAL ONE TIME COST: $85.00 to $2,033.68** |
| *Cervical MRI – Posterior Cervical Fusion | 1 time prior to posterior cervical fusion | 2025/2026 to Lifetime | Pre-operative planning | $650.00 to $3,776.22 each[7] | **TOTAL ONE TIME COST: $650.00 to $3,776.22** |
| *Cervical X-rays – Posterior Cervical Fusion | Monthly for 6 months post posterior cervical fusion | 2025/2026 to Lifetime | Monitor changes in the cervical spine | $85.00 to $254.21 per each[8] | **TOTAL ONE TIME COST: $510.00 to $1,525.26** |
| *Cervical X-rays – Routine | Annually for the remainder of his lifetime beginning after posterior cervical fusion | 2026/2027 to Lifetime | Monitor changes in the cervical spine | $85.00 to $254.21 per each[9] | **TOTAL COST PER YEAR BEGINNING 2026/2027: $85.00 to $254.21** |
| *Cervical MRI – Adjacent Level Cervical Fusion | 1 time prior to adjacent level cervical fusion | 2026/2027 to Lifetime | Pre-operative planning | $650.00 to $3,776.22 each[10] | **TOTAL ONE TIME COST: $650.00 to $3,776.22** |
| *Cervical X-rays – Adjacent Level Cervical Fusion | Monthly for 6 months post adjacent level cervical fusion | 2026/2027 to Lifetime | Monitor changes in the cervical spine | $85.00 to $254.21 per each[11] | **TOTAL ONE TIME COST: $510.00 to $1,525.26** |

*Recommended by Dr. Waguespack in her 6/20/24 and 7/11/24 telephone conferences with Elizabeth B. Martina & Associates and confirmed on 7/12/24.

**DIAGNOSTIC TESTING CONTINUED**

| Diagnostic Testing | Frequency | Begin/End Date | Purpose | Cost Per Unit | Total Costs |
|---|---|---|---|---|---|
| *Complete Blood Count | 1 time prior to the left knee replacement | 2034 to Lifetime | Pre-operative clearance | $29.00 to $49.00 each[12] | **TOTAL ONE TIME COST: $29.00 to $49.00** |
| *Comprehensive Metabolic Panel | 1 time prior to the left knee replacement | 2034 to Lifetime | Pre-operative clearance | $49.00 to $76.80 each[13] | **TOTAL ONE TIME COST: $49.00 to $76.80** |
| *Urinalysis | 1 time prior to the left knee replacement | 2034 to Lifetime | Pre-operative clearance | $42.53 to $49.00 each[14] | **TOTAL ONE TIME COST: $42.53 to $49.00** |
| *EKG | 1 time prior to the left knee replacement | 2034 to Lifetime | Pre-operative clearance | $58.00 to $88.41 each[15] | **TOTAL ONE TIME COST: $58.00 to $88.41** |
| *Chest X-ray | 1 time prior to the left knee replacement | 2034 to Lifetime | Pre-operative clearance | $60.00 to $200.03 per x-ray[16] | **TOTAL ONE TIME COST: $60.00 to $200.03** |
| *Left Knee X-rays | 1 time pre-operatively and 5 times post-operatively | 2034 to Lifetime | Monitor changes in the left knee | $85.00 to $173.88 per each[17] | **TOTAL ONE TIME COST: $510.00 to $1,043.28** |

**Recommended by Dr. Johnson in his 7/08/24 telephone conference with Elizabeth B. Martina & Associates and confirmed on 7/22/24.

Exhibit 13.025

**THERAPEUTIC MODALITIES**

| Therapy | Frequency | Begin/End Date | Purpose | Cost Per Unit | Total Costs |
|---|---|---|---|---|---|
| *Physical Therapy – Posterior Cervical Fusion | 3 times per week for 4 weeks post-operatively | 2025/2026 to Lifetime | Post-operative strengthening, conditioning, and range of motion | $100.00 to $150.00 per initial evaluation and $85.00 to $100.00 per follow up[18] | **TOTAL ONE TIME COST: $1,035.00 to $1,250.00** |
| *Physical Therapy – Adjacent Level Cervical Fusion | 3 times per week for 4 weeks post-operatively | 2026/2027 to Lifetime | Post-operative strengthening, conditioning, and range of motion | $100.00 to $150.00 per initial evaluation and $85.00 to $100.00 per follow up[19] | **TOTAL ONE TIME COST: $1,035.00 to $1,250.00** |
| **Physical Therapy – Left Knee Replacement | 2 times per week for 3 to 4 months (24 to 32 sessions utilized) | 2034 to Lifetime | Post-operative strengthening, conditioning, and range of motion | $100.00 to $150.00 per initial evaluation and $85.00 to $100.00 per follow up[20] | **TOTAL ONE TIME COST: $2,055.00 to $3,250.00** |

*Recommended by Dr. Waguespack in her 6/20/24 and 7/11/24 telephone conferences with Elizabeth B. Martina & Associates and confirmed on 7/12/24.
**Recommended by Dr. Johnson in his 7/08/24 telephone conference with Elizabeth B. Martina & Associates and confirmed on 7/22/24.

**MEDICATIONS**

| Medication | Frequency | Begin/End Date | Purpose | Cost Per Unit | Total Costs |
|---|---|---|---|---|---|
| *Norco (Generic: Hydrocodone/ Acetaminophen) | 7.5 mg, 3 times daily until undergoing posterior cervical fusion within the next 2 years (**#90 to #2,160 utilized) | 2024 to 2025/2026 | Pain relief | $0.81 to $1.75 each[21] | **TOTAL ONE TIME COST: $72.90 to $3,780.00** |
| *Gabapentin (Generic for Neurontin) | 600 mg, 3 times daily until undergoing posterior cervical fusion within the next 2 years (**#90 to #2,160 utilized) | 2024 to 2025/2026 | Treat nerve pain | $0.92 to $1.00 each[22] | **TOTAL ONE TIME COST: $82.80 to $2,160.00** |
| *Tramadol (Generic for Ultram) – Post Posterior Cervical Fusion | 50 mg, 4 times daily for 3 to 6 months post adjacent level cervical fusion (#360 to #720) | 2025/2026 to Lifetime | Post-operative pain relief | $0.78 to $0.95 each[23] | **TOTAL ONE TIME COST: $280.80 to $684.00** |
| *Valium (Generic: Diazepam) – Post Posterior Cervical Fusion | 5 mg, daily for 3 to 6 months post adjacent level cervical fusion (#90 to #180) | 2025/2026 to Lifetime | Post-operative muscle relaxant | $0.45 to $0.64 each[24] | **TOTAL ONE TIME COST: $40.50 to $115.20** |
| *Movantik (No Generic) – Post Posterior Cervical Fusion | 25 mg, daily for 3 to 6 months post adjacent level cervical fusion (#90 to #180) | 2025/2026 to Lifetime | Treat post-operative constipation | $15.96 to $16.45 each[25] | **TOTAL ONE TIME COST: $1,436.40 to $2,961.00** |

*Recommended by Dr. Waguespack in her 6/20/24 and 7/11/24 telephone conferences with Elizabeth B. Martina & Associates and confirmed on 7/12/24.
**For computational purposes only.

NOTE: Generic medications utilized when available.

Exhibit 13.027

**MEDICATIONS CONTINUED**

| Medication | Frequency | Begin/End Date | Purpose | Cost Per Unit | Total Costs |
|---|---|---|---|---|---|
| *Tramadol (Generic for Ultram) – Post Adjacent Level Cervical Fusion | 50 mg, 4 times daily for 3 to 6 months post adjacent level cervical fusion (#360 to #720) | 2026/2027 to Lifetime | Post-operative pain relief | $0.78 to $0.95 each[26] | **TOTAL ONE TIME COST: $280.80 to $684.00** |
| *Valium (Generic: Diazepam) – Post Adjacent Level Cervical Fusion | 5 mg, daily for 3 to 6 months post adjacent level cervical fusion (#90 to #180) | 2026/2027 to Lifetime | Post-operative muscle relaxant | $0.45 to $0.64 each[27] | **TOTAL ONE TIME COST: $40.50 to $115.20** |
| *Movantik (No Generic) – Post Adjacent Level Cervical Fusion | 25 mg, daily for 3 to 6 months post adjacent level cervical fusion (#90 to #180) | 2026/2027 to Lifetime | Treat post-operative constipation | $15.96 to $16.45 each[28] | **TOTAL ONE TIME COST: $1,436.40 to $2,961.00** |

*Recommended by Dr. Waguespack in her 6/20/24 and 7/11/24 telephone conferences with Elizabeth B. Martina & Associates and confirmed on 7/12/24.

NOTE: Generic medications utilized when available.

**FUTURE INTERVENTIONAL/SURGICAL TREATMENT**

| Description | Frequency | Begin/End Date | Base Cost | Total Costs |
|---|---|---|---|---|
| *Posterior Cervical Fusion at C3-C6 | 1 time only | 2024 to Lifetime | $123,066.00 to $126,145.00 per procedure[29] | **TOTAL ONE TIME COST: $123,066.00 to $126,145.00** |
| *Adjacent Level Cervical Fusion at C6-C7 | 1 time only | 2025 to Lifetime | $69,852.00 to $101,007.25 per procedure[30] | **TOTAL ONE TIME COST: $69,852.00 to $101,007.25** |
| **Left Partial Knee Replacement | 1 time only | 2034 to Lifetime | $40,469.00 to $43,508.00 per partial knee replacement[31] | **TOTAL ONE TIME COST: $40,469.00 to $43,508.00** |

*Recommended by Dr. Waguespack in her 6/20/24 and 7/11/24 telephone conferences with Elizabeth B. Martina & Associates and confirmed on 7/12/24.
**Recommended by Dr. Johnson in his 7/08/24 telephone conference with Elizabeth B. Martina & Associates and confirmed on 7/22/24.

| ***SUMMARY OF APPROXIMATE COSTS:** | ***LOW*** | ***HIGH*** |
|---|---|---|
| **One Time Only Costs** | **$246,604.63** | **$313,817.06** |
| **Annual Costs 2026/2027 To Lifetime** | **$274.00** | **$773.96** |

**This is only a tally of costs as related to the 7/22/24 Life Care Plan of Mr. Cockburn, it does not include the projection of the value of costs over time and it does not discount the costs to current value. This information would be deferred to an Economist.*

**POTENTIAL COMPLICATIONS**

| Complications |
|---|
| *Mr. Cockburn needs further work up of the lumbar spine after his cervical spine is addressed. Dr. Waguespack indicated that Mr. Cockburn may need imaging, physical therapy, interventional procedures, and/or surgery but that determination cannot not be made at this time. |

*Recommended by Dr. Waguespack in her 6/20/24 and 7/11/24 telephone conferences with Elizabeth B. Martina & Associates and confirmed on 7/12/24.

Please send additional information as you receive it. We reserve the right to alter our opinion and issue supplemental reports. Please do not hesitate to contact us if you have any questions.

Sincerely,

Jordan Frankel, JD, MHS, CRC, CLCP
Licensed Rehabilitation Counselor

Elizabeth B. Martina, MHS, CRC, CLCP
Licensed Rehabilitation Counselor

Exhibit 13.029

---

[1] Price of $375.00 per visit quoted by Greg at Alexis Waguespack, M.D.'s office, SpineCare Medical Group, 151 Ochsner Blvd., Ste. H, Gretna, LA 70056, (504) 392-7123 on 7/12/24. Mr. Cockburn currently treats with Dr. Waguespack.

Price of $200.00 per follow up visit quoted by Marco Rodriguez, M.D.'s office, LA Health Solutions, 3001 Division St., Metairie, LA 70002, (504) 262-8889 on 3/14/24.

Price of $320.00 per visit quoted by Alison McCarthy at Andrew Todd, M.D.'s office, Southern Orthopedic Specialists, 2731 Napoleon Ave., New Orleans, LA 70115, (504) 897-6351 on 3/11/24.

Price of $475.00 per visit quoted from Patricia at Everett Robert, M.D.'s office, Southern Brain and Spine, 3798 Veterans Blvd, Metairie, LA 70002, (504) 454-0141 on 3/11/24.

Price of $189.00 (CPT 99213) to $519.75 (CPT 99215) per follow up quoted from the Physicians' Fee Reference 2024.

[2] Price of $375.00 per visit quoted by Greg at Alexis Waguespack, M.D.'s office, SpineCare Medical Group, 151 Ochsner Blvd., Ste. H, Gretna, LA 70056, (504) 392-7123 on 7/12/24. Mr. Cockburn currently treats with Dr. Waguespack.

Price of $200.00 per follow up visit quoted by Marco Rodriguez, M.D.'s office, LA Health Solutions, 3001 Division St., Metairie, LA 70002, (504) 262-8889 on 3/14/24.

Price of $320.00 per visit quoted by Alison McCarthy at Andrew Todd, M.D.'s office, Southern Orthopedic Specialists, 2731 Napoleon Ave., New Orleans, LA 70115, (504) 897-6351 on 3/11/24.

Price of $475.00 per visit quoted from Patricia at Everett Robert, M.D.'s office, Southern Brain and Spine, 3798 Veterans Blvd, Metairie, LA 70002, (504) 454-0141 on 3/11/24.

Price of $189.00 (CPT 99213) to $519.75 (CPT 99215) per follow up quoted from the Physicians' Fee Reference 2024.

[3] Price of $375.00 per visit quoted by Greg at Alexis Waguespack, M.D.'s office, SpineCare Medical Group, 151 Ochsner Blvd., Ste. H, Gretna, LA 70056, (504) 392-7123 on 7/12/24. Mr. Cockburn currently treats with Dr. Waguespack.

Price of $200.00 per follow up visit quoted by Marco Rodriguez, M.D.'s office, LA Health Solutions, 3001 Division St., Metairie, LA 70002, (504) 262-8889 on 3/14/24.

Price of $320.00 per visit quoted by Alison McCarthy at Andrew Todd, M.D.'s office, Southern Orthopedic Specialists, 2731 Napoleon Ave., New Orleans, LA 70115, (504) 897-6351 on 3/11/24.

Price of $475.00 per visit quoted from Patricia at Everett Robert, M.D.'s office, Southern Brain and Spine, 3798 Veterans Blvd, Metairie, LA 70002, (504) 454-0141 on 3/11/24.

Price of $189.00 (CPT 99213) to $519.75 (CPT 99215) per follow up quoted from the Physicians' Fee Reference 2024.

[4] Price of $375.00 per visit quoted by Greg at Alexis Waguespack, M.D.'s office, SpineCare Medical Group, 151 Ochsner Blvd., Ste. H, Gretna, LA 70056, (504) 392-7123 on 7/12/24. Mr. Cockburn currently treats with Dr. Waguespack.

Price of $200.00 per follow up visit quoted by Marco Rodriguez, M.D.'s office, LA Health Solutions, 3001 Division St., Metairie, LA 70002, (504) 262-8889 on 3/14/24.

Price of $320.00 per visit quoted by Alison McCarthy at Andrew Todd, M.D.'s office, Southern Orthopedic Specialists, 2731 Napoleon Ave., New Orleans, LA 70115, (504) 897-6351 on 3/11/24.

Price of $475.00 per visit quoted from Patricia at Everett Robert, M.D.'s office, Southern Brain and Spine, 3798 Veterans Blvd, Metairie, LA 70002, (504) 454-0141 on 3/11/24.

Price of $189.00 (CPT 99213) to $519.75 (CPT 99215) per follow up quoted from the Physicians' Fee Reference 2024.

[5] Price of $366.00 per visit quoted from Mr. Cockburn's 7/31/23 billing records from William Johnson, M.D.'s office, Ortho LA, 465 Belle Terre, LA 70068, (985) 625-2000. We have requested pricing confirmation from Dr. Johnson's office. Mr. Cockburn currently treats with Dr. Johnson.

Price of $320.00 per visit quoted from Neil Duplantier, M.D.'s office, Bone & Joint Clinic, 2600 Belle Chasse, Hwy., Gretna, LA 70056, (504) 391-7670, (504) 391-7670 on 01/06/23 and confirmed on 6/13/24.

Price of $250.00 per follow up visit quoted by Abby at Douglas Bostick, M.D.'s office, Metairie Orthopedic and Sports Medicine, 3001 Division St., Suite 204, Metairie, LA 70002, (504) 541-5800 on 5/21/24.

Price of $215.00 per visit quoted by Alison McCarthy at Timothy Finney, M.D.'s office, Southern Orthopedic Specialists, 2731 Napoleon Ave., New Orleans, LA 70115, (504) 897-6351 on 4/24/24.

Price of $189.00 (CPT 99213) to $519.75 (CPT 99215) per follow up quoted from the Physicians' Fee Reference 2024.

[6] Price of $85.00 to $115.00 per set of cervical x-rays quoted by Dawn at Diagnostic Imaging (DIS), 4241 Veterans Memorial Blvd. #100, Metairie, LA 70006, (504) 883-5999 on 4/26/24.

Price of $85.00 to $115.00 per set of cervical x-rays quoted by Barbara at Doctors Imaging, 4204 Teuton St., Metairie, LA 70006, (504) 883-8111 on 4/26/24.

Price of $133.25 (CPT 72040) to $254.21 (CPT 72050) per set of cervical x-rays quoted from the Physicians' Fee Reference 2024.

[7] Price of $650.00 to $1,025.00 per cervical MRI quoted by Anna at Doctors Imaging, 4204 Teuton St., Metairie, LA 70006, (504) 883-8111 on 4/26/24.

Price of $650.00 to $1,025.00 per cervical MRI quoted by Amber at Diagnostic Imaging Services, 4241 Veterans Memorial Blvd #100, Metairie, LA 70006, (504) 883-5999 on 4/26/24.

Price of $1,782.27 (CPT 72141) to $3,776.22 (CPT 72156) per lumbar MRI quoted from Physicians' Fee Reference 2024.

[8] Price of $85.00 to $115.00 per set of cervical x-rays quoted by Dawn at Diagnostic Imaging (DIS), 4241 Veterans Memorial Blvd. #100, Metairie, LA 70006, (504) 883-5999 on 4/26/24.

Price of $85.00 to $115.00 per set of cervical x-rays quoted by Barbara at Doctors Imaging, 4204 Teuton St., Metairie, LA 70006, (504) 883-8111 on 4/26/24.

Price of $133.25 (CPT 72040) to $254.21 (CPT 72050) per set of cervical x-rays quoted from the Physicians' Fee Reference 2024.

[9] Price of $85.00 to $115.00 per set of cervical x-rays quoted by Dawn at Diagnostic Imaging (DIS), 4241 Veterans Memorial Blvd. #100, Metairie, LA 70006, (504) 883-5999 on 4/26/24.

Price of $85.00 to $115.00 per set of cervical x-rays quoted by Barbara at Doctors Imaging, 4204 Teuton St., Metairie, LA 70006, (504) 883-8111 on 4/26/24.

Price of $133.25 (CPT 72040) to $254.21 (CPT 72050) per set of cervical x-rays quoted from the Physicians' Fee Reference 2024.

[10] Price of $650.00 to $1,025.00 per cervical MRI quoted by Anna at Doctors Imaging, 4204 Teuton St., Metairie, LA 70006, (504) 883-8111 on 4/26/24.

Price of $650.00 to $1,025.00 per cervical MRI quoted by Amber at Diagnostic Imaging Services, 4241 Veterans Memorial Blvd #100, Metairie, LA 70006, (504) 883-5999 on 4/26/24.

Price of $1,782.27 (CPT 72141) to $3,776.22 (CPT 72156) per lumbar MRI quoted from Physicians' Fee Reference 2024.

[11] Price of $85.00 to $115.00 per set of cervical x-rays quoted by Dawn at Diagnostic Imaging (DIS), 4241 Veterans Memorial Blvd. #100, Metairie, LA 70006, (504) 883-5999 on 4/26/24.

Price of $85.00 to $115.00 per set of cervical x-rays quoted by Barbara at Doctors Imaging, 4204 Teuton St., Metairie, LA 70006, (504) 883-8111 on 4/26/24.

Price of $133.25 (CPT 72040) to $254.21 (CPT 72050) per set of cervical x-rays quoted from the Physicians' Fee Reference 2024.

[12] Price of $49.00 per CBC quoted from Any Lab Test Now (www.anylabtestnow.com), 3213 17th St., Metairie, LA 70002, (504) 838-2254 on 5/01/24.

Price of $29.00 per CBC quoted from Quest Diagnostics (www.questdiagnostics.com), 3800 Houma Blvd., Suite 100, Metairie, LA 70006, (504) 512-5969 on 5/01/24.

Price of $41.08 to $46.44 (CPT 85025) per CBC quoted from Physicians' Fee Reference 2024.

[13] Price of $49.00 per CMP quoted from Any Lab Test Now (www.anylabtestnow.com), 3213 17th St., Metairie, LA 70002, (504) 838-2254 on 5/01/24.

Price of $49.00 per CMP quoted from Quest Diagnostics (www.questdiagnostics.com), 3800 Houma Blvd., Suite 100, Metairie, LA 70006, (504) 512-5969 on 5/01/24.

---

Price of $61.62 to $76.80 (CPT 80053) per CMP quoted from Physicians' Fee Reference 2024.

[14] Price of $49.00 per urinalysis quoted from Any Lab Test Now (www.anylabtestnow.com), 3213 17th St., Metairie, LA 70002, (504) 838-2254 on 5/01/24.

Price of $46.00 per urinalysis quoted from Quest Diagnostics (www.questdiagnostics.com), 3800 Houma Blvd., Suite 100, Metairie, LA 70006, (504) 512-5969 on 5/01/24.

Price of $42.53 to $47.25 (CPT 81001) per CMP quoted from Physicians' Fee Reference 2024.

[15] Price of $75.00 (CPT 93005) per EKG quoted from East Jefferson General Hospital Chargemaster (www.lcmchealth.org) on 5/01/24.

Price of $58.00 per EKG quoted from Ochsner Health System Billing Estimator (www.ochsner.org) on 5/01/24.

Price of $71.44 (CPT 93000) to $88.41 (CPT 93005) per EKG quoted from Physicians' Fee Reference 2024.

[16] Price of $60.00 to $115.00 per set of chest x-rays quoted from Dawn at Diagnostic Imaging (DIS), 4241 Veterans Memorial Blvd. #100, Metairie, LA 70006, (504) 883-5999 on 3/25/24.

Price of $60.00 per chest x-rays (1 view) and $85.00 (2 views) quoted by Barbara at Doctors Imaging, 4204 Teuton St., Metairie, LA 70006, (504) 883-8111 on 3/25/24.

Price of $84.84 (CPT 71045) to $200.03 (CPT 71048) per set of chest x-rays quoted from Physicians' Fee Reference 2024.

[17] Price of $85.00 per set of knee x-rays quoted by Dawn at Diagnostic Imaging (DIS), 4241 Veterans Memorial Blvd. #100, Metairie, LA 70006, (504) 883-5999 on 4/26/24.

Price of $85.00 per set of knee x-rays quoted by Barbara at Doctors Imaging, 4204 Teuton St., Metairie, LA 70006, (504) 883-8111 on 4/26/24.

Price of $111.51 (CPT 73560) to $173.88 (CPT 73562) per set of cervical x-rays quoted from the Physicians' Fee Reference 2024.

[18] Price of $100.00 per initial visit and $100.00 per follow up quoted by Shawand at Cypress Physical Therapy, 607 Belle Terre Blvd. B, Laplace, LA 70068, (985) 359-5483 on 7/09/24.

Price of $125.00 per initial visit and $85.00 per follow up quoted by Kay at St. John Physical Therapy, 504 Rue de Sante, Laplace, LA 70068, (985) 652-9515 on 7/09/24.

Price of $150.00 per initial visit and $100.00 per follow up quoted by Michelle at Performance Rehabilitation Services, 509 Main St., Laplace, LA 70068, (985) 653-9242 on 7/09/24.

[19] Price of $100.00 per initial visit and $100.00 per follow up quoted by Shawand at Cypress Physical Therapy, 607 Belle Terre Blvd. B, Laplace, LA 70068, (985) 359-5483 on 7/09/24.

Price of $125.00 per initial visit and $85.00 per follow up quoted by Kay at St. John Physical Therapy, 504 Rue de Sante, Laplace, LA 70068, (985) 652-9515 on 7/09/24.

Price of $150.00 per initial visit and $100.00 per follow up quoted by Michelle at Performance Rehabilitation Services, 509 Main St., Laplace, LA 70068, (985) 653-9242 on 7/09/24.

[20] Price of $100.00 per initial visit and $100.00 per follow up quoted by Shawand at Cypress Physical Therapy, 607 Belle Terre Blvd. B, Laplace, LA 70068, (985) 359-5483 on 7/09/24.

Price of $125.00 per initial visit and $85.00 per follow up quoted by Kay at St. John Physical Therapy, 504 Rue de Sante, Laplace, LA 70068, (985) 652-9515 on 7/09/24.

Price of $150.00 per initial visit and $100.00 per follow up quoted by Michelle at Performance Rehabilitation Services, 509 Main St., Laplace, LA 70068, (985) 653-9242 on 7/09/24.

[21] Price of $1.75 each quoted from Walgreens (www.walgreens.com; 877-250-5823) on 7/14/24.

Price of $1.70 each quoted from CVS (www.cvs.com; 888-607-4287) on 7/14/24.

Price of $0.81 each quoted from Walmart Pharmacy (www.walmart.com; 800-966-6546) on 7/14/24.

---

[22] Price of $1.00 each quoted from Walgreens (www.walgreens.com; 877-250-5823) on 7/14/24.

Price of $0.92 each quoted from CVS (www.cvs.com; 888-607-4287) on 7/14/24.

Price of $0.92 each quoted from Walmart Pharmacy (www.walmart.com; 800-966-6546) on 7/14/24.

[23] Price of $0.95 each quoted from Walgreens (www.walgreens.com; 877-250-5823) on 7/14/24.

Price of $0.89 each quoted from CVS (www.cvs.com; 888-607-4287) on 7/14/24.

Price of $0.78 each quoted from Walmart Pharmacy (www.walmart.com; 800-966-6546) on 7/14/24.

[24] Price of $0.63 each quoted from Walgreens (www.walgreens.com; 877-250-5823) on 7/14/24.

Price of $0.64 each quoted from CVS (www.cvs.com; 888-607-4287) on 7/14/24.

Price of $0.45 each quoted from Walmart Pharmacy (www.walmart.com; 800-966-6546) on 7/14/24.

[25] Price of $15.96 each quoted from Walgreens (www.walgreens.com; 877-250-5823) on 7/14/24.

Price of $16.43 each quoted from CVS (www.cvs.com; 888-607-4287) on 7/14/24.

Price of $16.45 each quoted from Walmart Pharmacy (www.walmart.com; 800-966-6546) on 7/14/24.

[26] Price of $0.95 each quoted from Walgreens (www.walgreens.com; 877-250-5823) on 7/14/24.

Price of $0.89 each quoted from CVS (www.cvs.com; 888-607-4287) on 7/14/24.

Price of $0.78 each quoted from Walmart Pharmacy (www.walmart.com; 800-966-6546) on 7/14/24.

[27] Price of $0.63 each quoted from Walgreens (www.walgreens.com; 877-250-5823) on 7/14/24.

Price of $0.64 each quoted from CVS (www.cvs.com; 888-607-4287) on 7/14/24.

Price of $0.45 each quoted from Walmart Pharmacy (www.walmart.com; 800-966-6546) on 7/14/24.

[28] Price of $15.96 each quoted from Walgreens (www.walgreens.com; 877-250-5823) on 7/14/24.

Price of $16.43 each quoted from CVS (www.cvs.com; 888-607-4287) on 7/14/24.

Price of $16.45 each quoted from Walmart Pharmacy (www.walmart.com; 800-966-6546) on 7/14/24.

[29] Price of $53,406.00 for Surgeon and Assistant fees for posterior cervical fusion at C3-C6 quoted by Greg from Alexis Waguespack, M.D.'s office, SpineCare Medical Group, 151 Ochsner Blvd., Ste. H, Gretna, LA 70056, (504) 392-7123 on 7/12/24. Mr. Cockburn currently treats with Dr. Waguespack. We have requested pricing information for facility and anesthesia fees from Omega Hospital. For computational purposes, price of $65,769.00 to $68,311.00 (outpatient facility, ASC pricing unavailable) for facility fees and $3,891.00 to $4,428.00 for anesthesia fees (CPT 00670) for 1 level ACDF (CPT 22600, 22614x2, 63045, 63048x2, 22842 utilized from surgical quote provided by Dr. Waguespack's office) quoted from Fair Health on 7/14/24. Prices represent the 75th to 80th percentile. Total cost: $123,066.00 to $126,145.00.

We have requested pricing information from:

- Marco Rodriguez, M.D.'s office, LA Health Solutions, 3001 Division St., Metairie, LA 70002, (504) 262-8889 on 3/14/24.
- Andrew Todd, M.D.'s office, Southern Orthopedic Specialists, 2731 Napoleon Ave., New Orleans, LA 70115, (504) 897-6351.
- Everett Robert, M.D.'s office, Southern Brain and Spine, 3798 Veterans Blvd, Metairie, LA 70002, (504) 454-0141.
- Kelly Scrantz, M.D.'s office, The NeuroMedical Center, 10101 Park Rowe Ave., Suite 200, Baton Rouge, LA 70810, (225) 769-2200.

[30] Price of $37,979.00 for Surgeon and Assistant fees for 1 level ACDF quoted by Greg from Alexis Waguespack, M.D.'s office, SpineCare Medical Group, 151 Ochsner Blvd., Ste. H, Gretna, LA 70056, (504) 392-7123 on 7/12/24. Mr. Cockburn currently treats with Dr. Waguespack. We have requested pricing information for facility and anesthesia fees from Omega Hospital. For computational purposes, price of $27,982.00 to $28,220.00 (outpatient facility, ASC pricing unavailable) for facility fees and $3,891.00 to $4,428.00 for anesthesia fees (CPT 00670) for 1 level ACDF (CPT 22551, 22845, 22853 utilized from surgical quote provided by Dr. Waguespack's office) quoted from Fair Health on 7/14/24. Prices represent the 75th to 80th percentile. Total cost: $69,852.00 to $70,627.00.

Price of $21,261.12 (prepaid) to $26,576.40 (full cost) for physician fees for 1 level ACDF quoted from Ashley at Kelly Scrantz, M.D.'s office, The NeuroMedical Center, 10101 Park Rowe Ave., Suite 200, Baton Rouge, LA 70810, (225) 769-2200 on 6/12/24. Price of $57,000.00 for facility fees for 1 level ACDF quoted from Ashley at The Spine Hospital of Louisiana, 10101 Park Rowe Ave., Suite 250, Baton Rouge, LA 70810, (225) 768-2779

on 6/12/24. Price of $2,355.19 per anesthesia for 1 level ACDF quoted from Ashley at NuEdge Anesthesia, LLC., 10105 Park Rowe Circle, Baton Rouge, LA 70810, (225) 906-4843 on 6/12/24. Total cost: $80,616.31 to $85,931.59.

Price of $26,007.25 for Surgeon fees quoted from Marco Rodriguez, M.D.'s office, LA Health Solutions, 3001 Division Street, Ste. 100, Metairie, LA 70002, (504) 620-5520 on 10/10/23. Price of $75,000.00 for facility and anesthesia fees quoted from Southlake Surgery Center, 694 Belle Terre Blvd., LaPlace, LA 70068, (985) 359-6694 on 9/11/23. Total Cost: $101,007.25.

[31] We have requested pricing information from William Johnson, M.D.'s office, Ortho LA, 465 Belle Terre, LA 70068, (985) 625-2000. We have requested pricing confirmation from Dr. Johnson's office including appropriate CPT codes. Mr. Cockburn currently treats with Dr. Johnson.

Price of $5,257.00 to $5,404.00 for Surgeon fees, $31,321.00 to $33,676.00 (outpatient facility, ASC pricing unavailable) for facility fees and $3,891.00 to $4,428.00 for anesthesia fees (CPT 01402) for partial knee replacement (CPT 27746) quoted from Fair Health on 7/22/24. Prices represent the 75th to 80th percentile. Total cost: $40,469.00 to $43,508.00.

We have requested pricing information from:

- Brett Casey, M.D.'s office, Gulf Coast Orthopedics, 1001 School Street, Houma, LA 70360, (985) 868-1540.
- Neil Duplantier, M.D.'s office, Bone & Joint Clinic, 2600 Belle Chasse, Hwy., Gretna, LA 70056, (504) 391-7670, (504) 391-7670.
- Douglas Bostick, M.D.'s office, Metairie Orthopedic and Sports Medicine, 3001 Division St., Suite 204, Metairie, LA 70002, (504) 541-5800.
- Timothy Finney, M.D.'s office, Southern Orthopedic Specialists, 2731 Napoleon Ave., New Orleans, LA 70115, (504) 897-6351.

ELIZABETH B. MARTINA
& ASSOCIATES
3013 19th Street, Metairie, LA 70002
Ph. (504) 962-7656
Fax (504) 603-2049
www.martinarehab.com

May 01, 2025

Mr. Tom Shlosman
Shlosman Law Office
4907 Magazine Street
New Orleans, LA 70115

Re: Cockburn, Cline
D.O.B. 4/06/1968

Dear Mr. Shlosman:

Since issuing our 7/22/24 report, a telephone conference was held with Alexis Waguespack, M.D. on 4/09/25 regarding her updated recommendations for Mr. Cockburn's restrictions and future care medically more probable than not needed as a result of the 7/05/21 accident. The following records were also received and reviewed:

- Deposition of Alexis Waguespack, M.D. dated 7/14/24;
- Medical records from Alexis Waguespack, M.D. with Spinecare Medical Group dated 4/04/22 to 01/22/24;
- Hospital records from East Jefferson General Hospital dated 12/27/24 to 12/30/24; and
- Medical Records from John DePaula, M.D. with Infectious Disease Associates dated 01/27/25 and 3/24/25.

## UPDATED MEDICAL HISTORY

On 3/04/24 Mr. Cockburn returned to Waguespack with complaints of continued neck pain and difficulty swallowing. Dr. Waguespack recommended physical therapy and referral to an ENT.

On 6/04/24 Mr. Cockburn returned to Dr. Waguespack with continued complaints of neck pain. Dr. Waguespack recommended physical therapy.

On 7/15/24 Mr. Cockburn returned to Dr. Waguespack. Dr. Waguespack continued to recommended a cervical CT scan for surgical planning.

On 7/15/24 Dr. Waguespack was deposed regarding Mr. Cockburn. Dr. Waguespack testified that she had received a "Life Care Plan" and that she did not disagree with anything in the Life Care

Plan at that point. Dr. Waguespack testified that she outlined permanent physical restrictions of "like no lifting over 10 pounds, no overhead activity, and no repetitive activity. That kind of thing." Dr. Waguespack testified that she saw Mr. Cockburn that day and recommended a cervical CT scan.

On 9/09/24 Mr. Cockburn returned to Dr. Waguespack. Dr. Waguespack recommended posterior cervical fusion at C3-C6.

On 10/08/24 Mr. Cockburn saw Dr. Waguespack for a pre-operative visit.

On 10/18/24 Mr. Cockburn underwent posterior fusion at C3-C6 performed by Alexis Waguespack, M.D. at Touro Infirmary.

On 11/19/24 Mr. Cockburn returned to Dr. Waguespack for a post-operative follow up visit. Mr. Cockburn reported clear drainage from the surgical site. Dr. Waguespack continued post-operative medications and prescribed a prophylactic antibiotic.

On 12/27/24 Mr. Cockburn was seen at East Jefferson General Hospital with complaints of drainage from the surgical site of recent cervical surgery. Mr. Cockburn was admitted to the infection disease department for irrigation and debridement (I&D) of the wound. Mr. Cockburn was discharged home on 12/30/24.

On 01/13/25 Mr. Cockburn returned to Dr. Waguespack. Mr. Cockburn reported doing well post cervical fusion and I&D. Mr. Cockburn complained of low back pain after working in his yard. Dr. Waguespack continued post-operative medications.

On 01/27/25 and 3/24/25 Mr. Cockburn saw John DePaula, M.D. at Infectious Disease Associates via telemedicine for wound care.

On 02/24/25 Mr. Cockburn returned to Dr. Waguespack and reported overall improvement in cervical symptoms since surgery. Mr. Cockburn reported that he continued to take antibiotics. Dr. Waguespack continued post-operative medications.

On 3/24/25 Mr. Cockburn returned to Dr. Waguespack. Mr. Cockburn reported that he was able to tolerate most activities except anything overhead. Mr. Cockburn reported that he continued to take antibiotics. Dr. Waguespack recommended physical therapy.

On 4/09/25 a telephone conference was held with Dr. Waguespack regarding her updated recommendations for Mr. Cockburn's restrictions and future care medically more probable than not needed as a result of the 7/05/21 accident. Dr. Waguespack provided the following recommendations which she confirmed on 7/12/24:

- As a result of the 7/05/21 accident, Mr. Cockburn needs to follow up with a Spine Surgeon with cervical x-rays at each visit annually for the remainder of his lifetime.

- As a result of the 7/05/21 accident, given Mr. Cockburn's age, he will more probable than not need an adjacent level cervical fusion at C6-C7 within the next 5 to 7 years with the following pre- and post-operative treatment:
  - Pre-operative cervical MRI;
  - Post-operative follow up with a Spine Surgeon monthly for 6 months and then annually for the remainder of his lifetime with cervical x-rays at each visit;
  - Post-operative medications including Tramadol 50 mg 4 times daily for 3 to 6 months, Valium 5 mg daily for 3 to 6 months, and Movantik 25 mg daily for 3 to 6 months; and
  - Post-operative physical therapy 3 times per week for 4 weeks.
- As a result of the 7/05/21 accident, Dr. Waguespack reported that Mr. Cockburn needs further work up of the lumbar spine after his cervical spine is addressed. Dr. Waguespack indicated that Mr. Cockburn may need imaging, physical therapy, interventional procedures, and/or surgery but that determination cannot not be made at this time.

Regarding physical restrictions as a result of the 7/05/21 accident, Dr. Waguespack reported that Mr. Cockburn is currently at a no work status and will remain at a no work status until he reaches 1 year post posterior fusion a C3-C6, at which time he will be permanently restricted to no lifting greater than 10 pounds, no overhead activity, and occasional twisting and bending. Dr. Waguespack reported that post adjacent level cervical fusion, Mr. Cockburn will be at a no work status until he reaches MMI at 1 year, at which time he will be permanently restricted to no lifting greater than 10 pounds, no overhead activity, and occasional twisting and bending.

**UPDATED VOCATIONAL ANALYSIS**

As indicated in our initial report, based on our interview with Mr. Cockburn, records reviewed, as well as information from the *Dictionary of Occupational Titles, Fourth Edition; Classification of Jobs* and *O'Net,* Mr. Cockburn's work history most closely resembles:

| JOB TITLE | D.O.T. # | SKILL LEVEL | PHYSICAL DEMAND |
|---|---|---|---|
| Mechanic Helper | 620.664-014 | Skilled | Heavy |
| Heavy Truck/Deliver Truck Driver | 905.663-014 | Semi-Skilled | Medium |
| CDL Driver | 904.383-010 | Semi-Skilled | Medium |
| Pump Operator | 549.362-010 | Skilled | Heavy[1] |
| Cargo Inspector | 549.387-010 | Skilled | Medium[2] |

Mr. Cockburn's jobs have ranged from medium to heavy in terms of physical demand, and semi-skilled to skilled in terms of specific vocational preparation.

[1] Although this is generally considered a medium duty job title, Mr. Cockburn reported that he had to lift up to 100 to 200 pounds.

[2] Although this is generally considered a light duty job title, Mr. Cockburn reported that he when he checked inventory he could climb up to 100 tanks in a 2 day period. Mr. Cockburn reported that he had to climb onto ships, use rope ladders, and utilize helicopter swing baskets. Mr. Cockburn reported that the oil sample densities varied but they could weigh more than 20 pounds.

Based on our meeting with Mr. Cockburn and the same sources above, Mr. Cockburn has likely developed the following transferable skills:

- Ability to control operations of equipment or systems;
- Ability to watch gauges, dials, or other indicators to make sure a machine is working properly;
- Ability to perform routine maintenance on equipment and determine when and what kind of maintenance is needed;
- Ability to repair machines or systems using the needed tools;
- Ability to determine causes of operating errors and deciding what to do about it;
- Ability to conduct tests and inspections of products, services, or processes to evaluate quality or performance;
- Ability to give full attention to what other people are saying, taking time to understand the points being made, asking questions as appropriate, and not interrupting at inappropriate times; and
- Ability to talk to others to convey information effectively.

According to Mr. Cockburn's Social Security Statement, he earned the following amounts:

| YEAR | AMOUNT |
|---|---|
| 2016 | $80,895.00 |
| 2017 | $47,673.00 |
| 2018 | $62,618.00 |
| 2019 | $75,641.00 |
| 2020 | $76,111.00 |
| 2021 | $79,685.00<br>D.O.A. 7/05/21 |
| 2022 | $43,783.00 |

Mr. Cockburn's highest wages were $80,895.00 in 2016 and he earned an average of $68,587.60 in the 5 full years prior to the 7/05/21 accident. It should be noted that Mr. Cockburn earned $79,685.00 the year of the 7/05/21 accident. According to the Bureau of Labor Statistics, *Occupational Employment Survey* in the New Orleans area in 2023, the top 25% of Cargo Inspectors had average wages of $33.74 per hour or $70,180.00 annually and the top 10% had average wages of $45.71 per hour or $95,070.00 annually. Mr. Cockburn's historical wages fall within the top 10 to 25% of statistical wages and are representative of his pre-accident wage earning capacity.

Regarding restrictions as a result of the 7/05/21 accident, on 7/08/24 Dr. Johnson indicated that Mr. Cockburn is currently and permanently restricted to light duty with no climbing, squatting, or kneeling and the ability to alternate between sitting and standing as needed in regard to the left lower extremity. Dr. Johnson indicated that post left total knee replacement within the next 10 years, Mr. Cockburn will be off work for 3 to 4 months and then released to the above restrictions on a permanent basis. On 4/09/25 Dr. Waguespack reported that Mr. Cockburn is

currently at a no work status and will remain at a no work status until he reaches 1 year post posterior fusion a C3-C6 (performed on 10/18/24), at which time he will be permanently restricted to no lifting greater than 10 pounds, no overhead activity, and occasional twisting and bending. Based on Dr. Johnson's and Dr. Waguespack's opinions, Mr. Cockburn is unable to return to any of his prior occupations. Based on Dr. Waguespack's opinion regarding Mr. Cockburn's cervical spine, he will be restricted to sedentary duty when he reaches MMI at 1 year post posterior cervical fusion (10/18/25). Given Mr. Cockburn's educational attainment and work history, he is likely limited unskilled to semi-skilled employment at a sedentary level. According to the *Dictionary of Occupational Titles, Fourth Edition* and *Classification of Jobs*, approximately 3% of all job titles are sedentary and unskilled to semi-skilled. Based on this information, as well as Mr. Cockburn's age and geographic location, it is unlikely that he will be able to obtain and maintain competitive, gainful employment at a sedentary level when he reaches MMI at 1 year post posterior cervical fusion. Based on this information, Mr. Cockburn likely experiences a total loss in his future wage earning capacity as a result of the 7/05/21 accident.

**UPDATED LIFE CARE PLAN**

A Life Care Plan provides an organized, concise plan to document Mr. Cockburn's current and future needs with associated costs which are more probable than not needed as a result of the 7/05/21 accident. Our interview with Mr. Cockburn, review of his medical records, research, and contact with Dr. Waguespack and Dr. Johnson were utilized in completing this analysis. As information is received, the plan will be updated accordingly. Below is the Updated Life Care Plan for Mr. Cockburn:

BEGINS ON NEXT PAGE

**ROUTINE FOLLOW UP**

| Doctor | Frequency | Begin/End Date | Purpose | Cost Per Unit | Total Costs |
|---|---|---|---|---|---|
| *Spine Surgeon – Routine | Annually for the remainder of his lifetime | 2025 to Lifetime | Monitor changes in the cervical and lumbar spine | $157.00 to $542.88 per visit[1] | **TOTAL COST PER YEAR: $157.00 to $542.88** |
| *Spine Surgeon – Adjacent Level Cervical Fusion | Monthly for 6 months post adjacent level cervical fusion (first 3 visits included in cost of surgery) | 2029/2031 to Lifetime | Post-operative follow up | $157.00 to $542.88 per visit[2] | **TOTAL ONE TIME COST: $471.00 to $1,628.64** |
| **Orthopedic Surgeon – Left Knee | Monthly for 4 months and at 1 year post-operative | 2034 to Lifetime | Post-operative follow up | $200.00 to $542.88 per visit[3] | **TOTAL ONE TIME COST: $1,000.00 to $2,714.40** |

*Recommended by Dr. Waguespack in her 6/20/24, 7/11/24, and 4/09/25 telephone conferences with Elizabeth B. Martina & Associates.
**Recommended by Dr. Johnson in his 7/08/24 telephone conference with Elizabeth B. Martina & Associates and confirmed on 7/22/24.

**DIAGNOSTIC TESTING**

| Diagnostic Testing | Frequency | Begin/End Date | Purpose | Cost Per Unit | Total Costs |
|---|---|---|---|---|---|
| *Cervical X-rays – Routine | Annually for the remainder of his lifetime beginning after posterior cervical fusion | 2025 to Lifetime | Monitor changes in the cervical spine | $85.00 to $263.95 each[4] | **TOTAL COST PER YEAR: $85.00 to $263.95** |
| *Cervical MRI – Adjacent Level Cervical Fusion | 1 time prior to adjacent level cervical fusion | 2029/2031 to Lifetime | Pre-operative planning | $650.00 to $3,815.14 each[5] | **TOTAL ONE TIME COST: $650.00 to $3,815.14** |
| *Cervical X-rays – Adjacent Level Cervical Fusion | Monthly for 6 months post adjacent level cervical fusion | 2029/2031 to Lifetime | Monitor changes in the cervical spine | $85.00 to $263.95 each[6] | **TOTAL ONE TIME COST: $510.00 to $1,583.70** |

*Recommended by Dr. Waguespack in her 6/20/24, 7/11/24, and 4/09/25 telephone conferences with Elizabeth B. Martina & Associates.

**DIAGNOSTIC TESTING CONTINUED**

| Diagnostic Testing | Frequency | Begin/End Date | Purpose | Cost Per Unit | Total Costs |
|---|---|---|---|---|---|
| *Complete Blood Count | 1 time prior to the left knee replacement | 2034 to Lifetime | Pre-operative clearance | $29.00 to $49.00 each[7] | **TOTAL ONE TIME COST: $29.00 to $49.00** |
| *Comprehensive Metabolic Panel | 1 time prior to the left knee replacement | 2034 to Lifetime | Pre-operative clearance | $49.00 to $82.37 each[8] | **TOTAL ONE TIME COST: $49.00 to $82.37** |
| *Urinalysis | 1 time prior to the left knee replacement | 2034 to Lifetime | Pre-operative clearance | $39.00 to $49.14 each[9] | **TOTAL ONE TIME COST: $39.00 to $49.14** |
| *EKG | 1 time prior to the left knee replacement | 2034 to Lifetime | Pre-operative clearance | $53.00 to $102.96 each[10] | **TOTAL ONE TIME COST: $53.00 to $102.96** |
| *Chest X-ray | 1 time prior to the left knee replacement | 2034 to Lifetime | Pre-operative clearance | $75.00 to $272.00 per x-ray[11] | **TOTAL ONE TIME COST: $75.00 to $272.00** |
| *Left Knee X-rays | 1 time pre-operatively and 5 times post-operatively | 2034 to Lifetime | Monitor changes in the left knee | $85.00 to $180.50 per each[12] | **TOTAL ONE TIME COST: $510.00 to $1,083.00** |

*Recommended by Dr. Johnson in his 7/08/24 telephone conference with Elizabeth B. Martina & Associates and confirmed on 7/22/24.

Exhibit 13.041

**THERAPEUTIC MODALITIES**

| Therapy | Frequency | Begin/End Date | Purpose | Cost Per Unit | Total Costs |
|---|---|---|---|---|---|
| *Physical Therapy – Adjacent Level Cervical Fusion | 3 times per week for 4 weeks post-operatively | 2029/2031 to Lifetime | Post-operative strengthening, conditioning, and range of motion | $100.00 to $150.00 per initial evaluation and $85.00 to $100.00 per follow up[13] | **TOTAL ONE TIME COST: $1,035.00 to $1,250.00** |
| **Physical Therapy – Left Knee Replacement | 2 times per week for 3 to 4 months (24 to 32 sessions utilized) | 2034 to Lifetime | Post-operative strengthening, conditioning, and range of motion | $100.00 to $150.00 per initial evaluation and $85.00 to $100.00 per follow up[14] | **TOTAL ONE TIME COST: $2,055.00 to $3,250.00** |

*Recommended by Dr. Waguespack in her 6/20/24, 7/11/24, and 4/09/25 telephone conferences with Elizabeth B. Martina & Associates.
**Recommended by Dr. Johnson in his 7/08/24 telephone conference with Elizabeth B. Martina & Associates and confirmed on 7/22/24.

## MEDICATIONS

| Medication | Frequency | Begin/End Date | Purpose | Cost Per Unit | Total Costs |
|---|---|---|---|---|---|
| *Tramadol (Generic for Ultram) – Post Adjacent Level Cervical Fusion | 50 mg, 4 times daily for 3 to 6 months post adjacent level cervical fusion (#360 to #720) | 2029/2031 to Lifetime | Post-operative pain relief | $0.78 to $0.84 each[15] | **TOTAL ONE TIME COST: $280.80 to $604.80** |
| *Valium (Generic: Diazepam) – Post Adjacent Level Cervical Fusion | 5 mg, daily for 3 to 6 months post adjacent level cervical fusion (#90 to #180) | 2029/2031 to Lifetime | Post-operative muscle relaxant | $0.50 to $0.79 each[16] | **TOTAL ONE TIME COST: $45.00 to $142.20** |
| *Movantik (No Generic) – Post Adjacent Level Cervical Fusion | 25 mg, daily for 3 to 6 months post adjacent level cervical fusion (#90 to #180) | 2029/2031 to Lifetime | Treat post-operative constipation | $15.96 to $17.26 each[17] | **TOTAL ONE TIME COST: $1,436.40 to $3,106.80** |

*Recommended by Dr. Waguespack in her 6/20/24, 7/11/24, and 4/09/25 telephone conferences with Elizabeth B. Martina & Associates.

NOTE: Generic medications utilized when available.

## FUTURE INTERVENTIONAL/SURGICAL TREATMENT

| Description | Frequency | Begin/End Date | Base Cost | Total Costs |
|---|---|---|---|---|
| *Adjacent Level Cervical Fusion at C6-C7 | 1 time only | 2029/2031 to Lifetime | $76,364.00 to $110,800.00 per procedure[18] | **TOTAL ONE TIME COST: $76,364.00 to $110,800.00** |
| **Left Partial Knee Replacement | 1 time only | 2034 to Lifetime | $41,633.00 to $45,585.00 per partial knee replacement[19] | **TOTAL ONE TIME COST: $41,633.00 to $45,585.00** |

*Recommended by Dr. Waguespack in her 6/20/24, 7/11/24, and 4/09/25 telephone conferences with Elizabeth B. Martina & Associates.
**Recommended by Dr. Johnson in his 7/08/24 telephone conference with Elizabeth B. Martina & Associates and confirmed on 7/22/24.

| ***SUMMARY OF APPROXIMATE COSTS:** | ***LOW*** | ***HIGH*** |
|---|---|---|
| **One Time Only Costs** | **$126,235.20** | **$176,119.15** |
| **Annual Costs Now To Lifetime** | **$242.00** | **$806.83** |

**This is only a tally of costs as related to the 5/01/25 Updated Life Care Plan of Mr. Cockburn, it does not include the projection of the value of costs over time and it does not discount the costs to current value. This information would be deferred to an Economist.*

**POTENTIAL COMPLICATIONS**

| **Complications** |
|---|
| *Mr. Cockburn needs further work up of the lumbar spine after his cervical spine is addressed. Dr. Waguespack indicated that Mr. Cockburn may need imaging, physical therapy, interventional procedures, and/or surgery but that determination cannot not be made at this time. |

*As indicated by Dr. Waguespack in her 6/20/24, 7/11/24, and 4/09/25 telephone conferences with Elizabeth B. Martina & Associates.

Please send additional information as you receive it. We reserve the right to alter our opinion and issue supplemental reports. Please do not hesitate to contact us if you have any questions.

Sincerely,

Jordan Frankel, JD, MHS, CRC, CLCP
Licensed Rehabilitation Counselor

Elizabeth B. Martina, MHS, CRC, CLCP
Licensed Rehabilitation Counselor

Exhibit 13.044

---

[1] Price of $375.00 per visit quoted by Merisse at Alexis Waguespack, M.D.'s office, SpineCare Medical Group, 151 Ochsner Blvd., Ste. H, Gretna, LA 70056, (504) 392-7123 on 01/03/25. Mr. Cockburn currently treats with Dr. Waguespack.

Price of $200.00 per follow up visit quoted by Megan at Marco Rodriguez, M.D.'s office, LA Health Solutions, 3001 Division St., Metairie, LA 70002, (504) 262-8889 on 02/04/25.

Price of $157.00 to $328.00 per visit quoted from Ashley Bayham at Eric Oberlander, M.D.'s office, The NeuroMedical Center, 10101 Park Rowe Ave., Suite 200 Baton Rouge, LA 70810, (225) 769-2200 on 02/06/25.

Price of $320.00 per visit quoted by Alison McCarthy at Andrew Todd, M.D.'s office, Southern Orthopedic Specialists, 2731 Napoleon Ave., New Orleans, LA 70115, (504) 897-6351 on 02/17/25.

Price of $475.00 per visit quoted from Patricia at Everett Robert, M.D.'s office, Southern Brain and Spine, 3798 Veterans Blvd, Metairie, LA 70002, (504) 454-0141 on 02/06/25.

Price of $200.30 (CPT 99213) to $542.88 (CPT 99215) per follow up quoted from the Physicians' Fee Reference 2025.

[2] Price of $375.00 per visit quoted by Merisse at Alexis Waguespack, M.D.'s office, SpineCare Medical Group, 151 Ochsner Blvd., Ste. H, Gretna, LA 70056, (504) 392-7123 on 01/03/25. Mr. Cockburn currently treats with Dr. Waguespack.

Price of $200.00 per follow up visit quoted by Megan at Marco Rodriguez, M.D.'s office, LA Health Solutions, 3001 Division St., Metairie, LA 70002, (504) 262-8889 on 02/04/25.

Price of $157.00 to $328.00 per visit quoted from Ashley Bayham at Eric Oberlander, M.D.'s office, The NeuroMedical Center, 10101 Park Rowe Ave., Suite 200 Baton Rouge, LA 70810, (225) 769-2200 on 02/06/25.

Price of $320.00 per visit quoted by Alison McCarthy at Andrew Todd, M.D.'s office, Southern Orthopedic Specialists, 2731 Napoleon Ave., New Orleans, LA 70115, (504) 897-6351 on 02/17/25.

Price of $475.00 per visit quoted from Patricia at Everett Robert, M.D.'s office, Southern Brain and Spine, 3798 Veterans Blvd, Metairie, LA 70002, (504) 454-0141 on 02/06/25.

Price of $200.30 (CPT 99213) to $542.88 (CPT 99215) per follow up quoted from the Physicians' Fee Reference 2025.

[3] Price of $366.00 per visit quoted from Mr. Cockburn's 7/31/23 billing records from William Johnson, M.D.'s office, Ortho LA, 465 Belle Terre, LA 70068, (985) 625-2000. We have requested pricing confirmation from Dr. Johnson's office. Mr. Cockburn currently treats with Dr. Johnson.

Price of $200.00 per follow up visit quoted by Megan at Douglas Bostick, M.D.'s office, LA Health Solutions, 3001 Division St., Metairie, LA 70002, (504) 262-8889 on 02/04/25.

Price of $320.00 per visit quoted by Alison McCarthy at Timothy Finney, M.D.'s office, Southern Orthopedic Specialists, 2731 Napoleon Ave., New Orleans, LA 70115, (504) 897-6351 on 02/17/25.

Price of $200.30 (CPT 99213) to $542.88 (CPT 99215) per follow up quoted from the Physicians' Fee Reference 2025.

[4] Price of $85.00 to $175.00 per set of cervical x-rays quoted from Millie at Diagnostic Imaging Services, 4241 Veterans Memorial Blvd. #100, Metairie, LA 70006, (504) 883-5999 on 4/29/25.

Price of $85.00 to $115.00 per set of cervical x-rays quoted by Barbara at Doctors Imaging, 4204 Teuton St., Metairie, LA 70006, (504) 883-8111 on 4/29/25.

Price of $133.85 (72040) to $263.95 (CPT 72050) per set of cervical x-rays quoted from Physicians' Fee Reference 2025.

[5] Price of $650.00 to $1,025.00 per cervical MRI quoted by Anna at Doctors Imaging, 4204 Teuton St., Metairie, LA 70006, (504) 883-8111 on 4/29/25.

Price of $650.00 to $1,025.00 per cervical MRI quoted by Amber at Diagnostic Imaging Services, 4241 Veterans Memorial Blvd #100, Metairie, LA 70006, (504) 883-5999 on 4/29/25.

Price of $1,800.86 (CPT 72141) to $3,815.14 (CPT 72156) per lumbar MRI quoted from Physicians' Fee Reference 2024.

[6] Price of $85.00 to $175.00 per set of cervical x-rays quoted from Millie at Diagnostic Imaging Services, 4241 Veterans Memorial Blvd. #100, Metairie, LA 70006, (504) 883-5999 on 4/29/25.

---

Price of $85.00 to $115.00 per set of cervical x-rays quoted by Barbara at Doctors Imaging, 4204 Teuton St., Metairie, LA 70006, (504) 883-8111 on 4/29/25.

Price of $133.85 (72040) to $263.95 (CPT 72050) per set of cervical x-rays quoted from Physicians' Fee Reference 2025.

[7] Price of $49.00 per CBC quoted from Any Lab Test Now (www.anylabtestnow.com), 3213 17th St., Metairie, LA 70002, (504) 838-2254on 02/11/25.

Price of $29.00 per CBC quoted from Quest Diagnostics (www.questdiagnostics.com), 3525 Prytania St., Ste. 506, New Orleans, LA 70115, (504) 897-1444 on 02/11/25.

Price of $43.06 to $48.67 per CBC (CPT 85025) quoted from Physicians' Fee Reference 2025.

[8] Price of $49.00 per CMP quoted from Any Lab Test Now (www.anylabtestnow.com), 3213 17th St., Metairie, LA 70002, (504) 838-2254 on 02/11/25.

Price of $49.00 per CMP quoted from Quest Diagnostics (www.questdiagnostics.com), 3525 Prytania St., Ste. 506, New Orleans, LA 70115, (504) 897-1444 on 02/11/25.

Price of $65.52 to $82.37 per CMP (CPT 80053) quoted from Physicians' Fee Reference 2025.

[9] Price of $49.00 per urinalysis quoted from Any Lab Test Now (www.anylabtestnow.com), 3213 17th St., Ste. 10, Metairie, LA 70002, (504) 838-2254 on 4/29/25.

Price of $39.00 per urinalysis quoted from Quest Diagnostics (www.questdiagnostics.com), 4704 Veterans Memorial Blvd., Ste. A, Metairie, LA 70006, (504) 872-7502on 4/29/25.

Price of $45.36 to $49.14 (CPT 81001) per urinalysis quoted from Physicians' Fee Reference 2025.

[10] Price of $86.00 per EKG quoted from Touro Infirmary Billing Estimator (www.lcmchealth.org) on 02/17/25.

Price of $53.00 per EKG quoted from Ochsner Health System Billing Estimator (www.ochsner.org) on 02/17/25.

Price of $74.88 to $102.96 per EKG (CPT 93000) quoted from Physicians' Fee Reference 2025.

[11] Price of $75.00 per chest x-ray quoted from Touro Infirmary Billing Estimator (www.lcmchealth.org) on 02/17/25.

Price of $272.00 per chest x-ray quoted from Ochsner Health System Billing Estimator (www.ochsner.org) on 02/17/25.

Price of $91.73 to $117.00 (CPT 71045) per chest x-ray quoted from Physicians' Fee Reference 2025.

[12] Price of $85.00 per set of knee x-rays quoted by Anna at Diagnostic Imaging (DIS), 4241 Veterans Memorial Blvd. #100, Metairie, LA 70006, (504) 883-5999 on 4/29/25.

Price of $85.00 per set of knee x-rays quoted by Barbara at Doctors Imaging, 4204 Teuton St., Metairie, LA 70006, (504) 883-8111 on 4/29/25.

Price of $112.46 (CPT 73560) to $180.50 (CPT 73562) per set of cervical x-rays quoted from the Physicians' Fee Reference 2025.

[13] Price of $100.00 per initial visit and $100.00 per follow up quoted by Shawand at Cypress Physical Therapy, 607 Belle Terre Blvd. B, Laplace, LA 70068, (985) 359-5483 on 7/09/24 and confirmed on 4/29/25.

Price of $125.00 per initial visit and $85.00 per follow up quoted by Kay at St. John Physical Therapy, 504 Rue de Sante, Laplace, LA 70068, (985) 652-9515 on 7/09/24 and confirmed on 4/29/25.

Price of $150.00 per initial visit and $100.00 per follow up quoted by Michelle at Performance Rehabilitation Services, 509 Main St., Laplace, LA 70068, (985) 653-9242 on 7/09/24 and confirmed on 4/29/25.

[14] Price of $100.00 per initial visit and $100.00 per follow up quoted by Shawand at Cypress Physical Therapy, 607 Belle Terre Blvd. B, Laplace, LA 70068, (985) 359-5483 on 7/09/24 and confirmed on 4/29/25.

Price of $125.00 per initial visit and $85.00 per follow up quoted by Kay at St. John Physical Therapy, 504 Rue de Sante, Laplace, LA 70068, (985) 652-9515 on 7/09/24 and confirmed on 4/29/25.

Price of $150.00 per initial visit and $100.00 per follow up quoted by Michelle at Performance Rehabilitation Services, 509 Main St., Laplace, LA 70068, (985) 653-9242 on 7/09/24 and confirmed on 4/29/25.

---

[15] Price of $0.80 each quoted from Walgreens (www.walgreens.com; 877-250-5823) on 4/29/25.

Price of $0.84 each quoted from CVS (www.cvs.com; 888-607-4287) on 4/29/25.

Price of $0.78 each quoted from Walmart Pharmacy (www.walmart.com; 800-966-6546) on 4/29/25.

[16] Price of $0.64 each quoted from Walgreens (www.walgreens.com; 877-250-5823) on 4/29/25.

Price of $0.79 each quoted from CVS (www.cvs.com; 888-607-4287) on 4/29/25.

Price of $0.50 each quoted from Walmart Pharmacy (www.walmart.com; 800-966-6546) on 4/29/25.

[17] Price of $15.96 each quoted from Walgreens (www.walgreens.com; 877-250-5823) on 4/29/25.

Price of $17.20 each quoted from CVS (www.cvs.com; 888-607-4287) on 4/29/25.

Price of $17.26 each quoted from Walmart Pharmacy (www.walmart.com; 800-966-6546) on 4/29/25.

[18] Price of $37,979.00 for Surgeon and Assistant fees for 1 level ACDF quoted by Greg from Alexis Waguespack, M.D.'s office, SpineCare Medical Group, 151 Ochsner Blvd., Ste. H, Gretna, LA 70056, (504) 392-7123 on 7/12/24. Mr. Cockburn currently treats with Dr. Waguespack. We have requested pricing information for facility and anesthesia fees from Omega Hospital. For computational purposes, price of $34,314.00 to $41,078.00 (outpatient facility, ASC pricing unavailable) for facility fees and $4,071.00 to $4,481.00 for anesthesia fees (CPT 00670) for 1 level ACDF (CPT 22551, 22845, 22853 utilized from surgical quote provided by Dr. Waguespack's office) quoted from Fair Health on 7/14/24. Prices represent the 75th to 80th percentile. Total cost: $76,364.00 to $85,538.00.

Price of $110,800.00 for global surgery fees to include hospital facility fees, professional fees, anesthesia fees, and neuromonitoring fees for a 1 level adjacent cervical fusion quoted from Eric Oberlander, M.D.'s office, The Spine Hospital of Louisiana, 10105 Park Rowe Circle, Baton Rouge, LA 70810, (225) 768-2761 on 01/13/25.

Price of $26,007.25 for Surgeon fees quoted from Marco Rodriguez, M.D.'s office, LA Health Solutions, 3001 Division Street, Ste. 100, Metairie, LA 70002, (504) 620-5520 on 10/10/23. Price of $75,000.00 for facility and anesthesia fees quoted from Southlake Surgery Center, 694 Belle Terre Blvd., LaPlace, LA 70068, (985) 359-6694 on 9/11/23. Price of $7,221.58 for neuromonitoring fees quoted from Neuro Technology Institute, 3535 S. Sherwood Forest Blvd., Ste. 247, Baton Rouge, LA 70816, (225) 293-6222 on 01/04/24. Total Cost: $108,228.83.

[19] We have requested pricing information from William Johnson, M.D.'s office, Ortho LA, 465 Belle Terre, LA 70068, (985) 625-2000. Mr. Cockburn currently treats with Dr. Johnson.

Price of $5,297.00 to $5,342.00 for Surgeon fees, $33,929.00 to $37,644.00 (outpatient facility) for facility fees and $2,407.00 to $2,599.00 for anesthesia fees (CPT 01402) for partial knee replacement (CPT 27746) quoted from Fair Health on 4/29/25. Prices represent the 75th to 80th percentile. Total cost: $41,633.00 to $45,585.00.

We were unable to obtain pricing information from:

- Brett Casey, M.D.'s office, Gulf Coast Orthopedics, 1001 School Street, Houma, LA 70360, (985) 868-1540.
- Neil Duplantier, M.D.'s office, Bone & Joint Clinic, 2600 Belle Chasse, Hwy., Gretna, LA 70056, (504) 391-7670, (504) 391-7670.
- Douglas Bostick, M.D.'s office, Metairie Orthopedic and Sports Medicine, 3001 Division St., Suite 204, Metairie, LA 70002, (504) 541-5800.
- Timothy Finney, M.D.'s office, Southern Orthopedic Specialists, 2731 Napoleon Ave., New Orleans, LA 70115, (504) 897-6351.

Exhibit 13.047